FORM 12. Informal Opening Brief (District Court, Court of International Trade, and Court of Federal Claims)

Form 12 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## INFORMAL BRIEF OF APPELLANT

**RECEIVED**

**Case Number:** 23-2120

AUG 23 2023

United States Court of Appeals
For the Federal Circuit

**Short Case Caption:** Golden v. Samsung Electronics America, Inc.

**Name of Appellant:** Larry Golden

> **Instructions:** Read the Guide for Unrepresented Parties before completing this form. Answer the questions as best as you can. Attach additional pages as needed to answer the questions. This form and continuation pages may not exceed 30 pages.
>
> Attach a copy of the trial court's opinion, order, and/or judgment. You may also attach other record material as an appendix. Any attached material should be referenced in answer to the below questions. Please redact (erase, cover, or otherwise make unreadable) social security numbers or comparable private personal identifiers that appear in any attachments you submit.

1. Have you ever had another case before this court?  ☑ Yes  ☐ No
   If yes, state the name and number of each case.

   > Larry Golden v. Google LLC, CAFC Case No. 22-1267

2. Did the trial court incorrectly decide or fail to take into account any facts?
   ☑ Yes  ☐ No
   If yes, what facts?

   > Res judicata binds Samsung, not Plaintiff, because it prevents Samsung from introducing the same defense once that particular defense has been subjected to a final judgment in the previous lawsuit Golden v. Google CAFC Case No. 22-1267. The Federal Circuit's Golden v. Google CAFC Case No. 22-1267 supercedes Golden v. US CFC Case no. 13-307C because the Circuit determined the elements of a smartphone are covered by "the independent claims from Patent Nos. 10,163,287, 9,589,439, and 9,069,189". Samsung's similar or identical smartphones are likewise binded.

3.  Did the trial court apply the wrong law? ☑ Yes   ☐ No
    If yes, what law should be applied?

> The Trial Court inappropriately applied the Kessler Doctrine to a case that was bound by Vertical Stare Decisis. Golden v. Google CAFC Case No. 22-1267, the Circuit determined Plaintiff's claim limitations is successfully mapped to infringing [smartphone] product features, and "it does so in a relatively straightforward manner" [] Which means the smartphone infringes either literally or under the doctrine of equivalents. Vertical stare decisis binds lower courts to follow strictly the decisions of higher courts within the same jurisdiction (e.g., the U.S. District Court for the Northern District of California must follow the decisions of the U.S. Court of Appeals for the Federal Circuit). The Supreme Court defines vertical stare decisis as the doctrine, "a lower court must strictly follow the decision(s) handed down by a higher court within the same jurisdiction". Samsung fail to show their smartphones as different.

4.  Did the trial court fail to consider important grounds for relief?
    ☑ Yes   ☐ No
    If yes, what grounds?

> The Trial Court to compare compare the elements of the Samsung phone to the limitations of the patent claims. When the Trial Court realizes both smartphones have equivalent features, and that both smartphones' features are mapped "to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" ... 'in a relatively straightforward manner' " . the case must be decided in favor of Plaintiff because of "Vertical Stare Decisis" . Both phones include: Smartphone CPU (Qualcomm Snapdragon (SoC)); Smartphone Temperature Sensor; Smartphone Gravity Sensor; Smartphone Light Sensor; Smartphone Bluetooth Sensor; Smartphone NFC Sensor; Smartphone GPS Connection; Smartphone Locking Mechanism for Lock, Unlock, Disabling Lock; Smartphone Power Source; Smartphone Biometric Authentication; Smartphone Android Operating System; Smartphone Wi-Fi Connection; Smartphone ATAK for CBRN Plug-ins. All are covered by Plaintiff's patents and are too plentiful to be coincidental. Plus the ATAK CBRNE sensors aren't the only sensors [camera sensor; smartphone biosensors] for CBRNE sensing.

5.  Are there other reasons why the trial court's decision was wrong?
    ☑ Yes   ☐ No
    If yes, what reasons?

> Without evidence or proof, the Trial Court credited Samsung as the innovator over the presummed valid patents of Plaintiff: Golden asserts that his "Multi Sensor Detection, Stall to Stop and Lock Disabling System" patents were infringed by: (i) "CPU's Samsung uses with its Smartphones" ; (ii) Samsung's use of Global Position System (GPS) and web browsers; (iii) Samsung's use of camera lenses; (iv) Samsung's use of biometric data to unlock phones; and (v) Samsung's use of remote unlocking technology. See generally Complaint ¶ 61 & pgs. 19-26; see also id. pgs. 27-31. The allegations that his patents cover the identified functionalities included in Samsung's products are wholly unsupported and implausible on their face." An invention is described in the patent claims, Plaintiff has 46 patent claims that covers the smartphone as a whole. We can assume has "NONE".

6.  What action do you want this court to take in this case?

Vacate and Remand this case back to the District Court with instructions to grant Plaintiff's request for a trial by jury. If the Appellate Court believes Plaintiff will never receive equal justice under the law from the Trial Court, please rule in Plaintiff's favor that Samsung is liable for the claims alleged.

Date: 08/21/2023

Signature: *Larry Golden*

Name: Larry Golden

## PLAINTIFF-APPELLANT'S CORRECTED INFORMAL BRIEF

### "Collateral Estoppel" or "Issue Preclusion"

The Trial Court erred in dismissing Plaintiff's case under the doctrine of issue preclusion. The dismissal of Plaintiff's case under the doctrine of issue preclusion [collateral estoppel] which "bar relitigating the same issue in a second action between the same parties."

The Trial Court erred because in the first action Samsung was contracted to performed work for the Government under a "cooperative research and development agreement". These written agreements, which bring together a private company [Samsung] and a government agency [DHS] for a specific project [DHS S&T BAA07-10 *Cell-All Ubiquitous Biological and Chemical Sensing*], often to accelerate the commercialization of technology developed for government purposes." Retrieved from: DHS (2010) *"Cell-All: Super Smartphones Sniff Out Suspicious Substances"*

The Trial Court erred because under 28 U.S. Code § 1498(a) "Whenever an invention described in and covered by a patent of the United States is used or manufactured by or for the United States without license of the owner thereof or lawful right to use or manufacture the same, the owner's remedy shall be by action against the United States in the United States Court of Federal Claims for the recovery of his reasonable and entire compensation for such use and manufacture" … "[F]or the purposes of this section, the use or manufacture of an invention described in and covered by a patent of the United States by a contractor, a subcontractor, or any person, firm, or corporation for the Government and with the authorization or consent of the Government, shall be construed as use or manufacture for the United States", there's *NOTHING* in this constitutional provision that states: "the movant must separately prove infringement by each and every 'contractor, subcontractor, [] person, firm, or corporation'".

The Trial Court erred because in a matter of first impression, the Federal Circuit in *FastShip, LLC v. U.S.*, "[W]e interpret "manufactured" in § 1498 [] such that a product is "manufactured" when it is made to include each limitation of the thing invented and is therefore suitable for use." Samsung was only one of eight companies [Samsung, Apple, LG, Qualcomm, NASA, Rhevision, SeaCoast, and Synkera] supposedly contracted to assemble the 'cell phone sensing device' for the Government. Samsung and LG were included to satisfy the Cell-All initiative's goal of ubiquitous sensing with its *Android* open-source architectural platform. [The

4

major mobile operating systems in the US are Apple's iOS and Google's Android. In 2023, iOS leads with a quarterly market share of 57.39% market share, while Android took 42.27% google.com]. Samsung was never contracted "with the Government's authorization and consent to infringe a patent", Samsung's supposedly "cooperative research and development agreement" was "to accelerate the commercialization of technology developed for government purposes".

The Trial Court erred because Samsung never acknowledged they were performing work for the Government. In an email from the Government, the DOJ Attorney stated "he [does not] represent Samsung, and in the *OPINION* for *Golden v. USA* CFC Case No. 13-307C Dkt. No. 249 Filed 11/10/21, the Court vividly denies Samsung as a third-party contractor performing work for the Government, with "authorization and consent" from the Government:

> "[u]nexplained is how they relate either to the products ostensibly accused by the complaint or the overarching mystery present in all of plaintiff's pleadings—how the government is on the hook for the private parties' products" … "[H]e goes on to include pictures of examples, which show the additional sensors added or affixed to the phones. They are not native to the devices as manufactured by [] Samsung."

The Trial Court erred because Samsung in *Golden v. USA* CFC Case No. 13-307C, after being issued notice, fail to appear to inform the Court that it was wrong, and that Samsung was performing work "for the Government" and with the "authorization and consent of the Government". "In a lawsuit between private parties, § 1498(a) operates as an affirmative defense, and where a private party's use of a patented invention is "for the Government" and with the "authorization and consent of the Government," that private party cannot be held liable for patent infringement. See *Madey*, 307 F.3d at 1359.

> "Under the plain language of the statute, there are two elements a contractor must satisfy for the government to assume liability under § 1498(a). First, a contractor's use or manufacture of the invention must be "for the government," and second, the contractor must have the "authorization or consent of the government" for that use or manufacture." Judge Mary Ellen Coster Williams and Diane E. Ghrist (2017) *Intellectual Property Suits in the United States Court of Federal Claims*, Vol. 10 No. 1, Retrieved from: https://www. uscfc.uscourts.gov/node/2927. Published on the ABA's website

The Trial Court erred in dismissing Plaintiff's case for "issue preclusion" because as noted above, Samsung waived their right of immunity from any type of patent infringement claim in district court. The issue of "Samsung as a third-party contractor performing work for the Government, with 'authorization and consent' from the Government" cannot be relitigated in the Trial Court. Through Samsung's own admission, Samsung vividly denies Samsung as a third-party contractor performing work for the Government, with "authorization and consent" from the Government:

> "To participate in its defense, a contractor may opt to join the § 1498(a) litigation as a third-party defendant. Under Rule 14(b) of the Rules of the United States Court of Federal Claims (RCFC), the court "may notify any person with the legal capacity to sue or to be sued who is alleged to have an interest in the subject matter of the suit." Further, a "person served with a notice issued ... may file an appropriate pleading setting forth the person's interest in the subject matter of the litigation."

>> "We think there is implicit in the whole plan and purpose of Subsection 14(b) a congressional intent that the issues of fact and law decided in a suit against the United States in the Court of Claims may not be retried in another court at the insistence of a third party, who had a "possible" interest in the case in this court but who failed to appear and protect his interest after timely notice or summons had been served upon him. As the USCFC held in *Bowser, Inc. v. United States* 420 F.2d 1057, 1060 (Ct. Cl. 1970)

The Trial Court erred in dismissing Plaintiff's case under the doctrine of issue preclusion because unlike the infringement claim made in the District Court under 35 U.S. C. § 271; in the U.S. Court of Federal Claims 28 U.S. Code § 1498 examines whether the regulatory provisions apply to a particular Government contract; examines issues relating to patent infringement during contract performance; analyzes the case law under 28 U.S.C. § 1498, distinguishing the cases by jurisdiction (court of federal claims for government infringement v. district courts for private entity infringement); distinguishing the cases by the type of infringement claims (literal and doctrine of equivalents v. literal, doctrine of equivalents, induced, contributory, willful, and joint) distinguishing the cases by the type of proceeding (summary judgment v. trial); distinguishing the cases to the extent of damages (reasonable and entire compensation v. actual damages and

6

triple damages); and, distinguishing the cases by remedies (injunctive relief unavailable v. injunctive relief available).

> "The subparts of part 27 of the FAR pertaining to patents and patent rights under government contracts contain five clauses for the acceptance (or disclaimer) of government liability for patent infringement occurring in the performance of government contracts. These five clauses form the bedrock of patent infringement by the United States in government contracts. These clauses are, respectively, the immunity clause, the authorization and consent clause, the notice and assistance clause, the patent indemnification clause, and the waiver of indemnity clause."

## "Res Judicata" or "Claim Preclusion"

The Trial Court erred in dismissing Plaintiff's case under the doctrine of claim preclusion, because the exception to dismissal under the doctrine of claim preclusion is "'dismissal without prejudice', which often expressly states that a plaintiff may refile if he corrects certain defects or errors in their pleadings".

The term res judicata is Latin for "a matter decided." In a 2002 ruling, the California Supreme Court in *Mycogen Corporation v. Monsanto Company* stated that the doctrine of res judicata "prevents relitigating the same cause of action in a second suit between the same parties or parties in privity with them."

The California Supreme Court's definition of res judicata serves as a good overview of the concept. It identifies three general elements:

1. *Relitigation*: Under res judicata, a party cannot bring a claim in a lawsuit once that claim has been the subject of a final judgment in an earlier lawsuit. This usually applies to any new lawsuit filed in any court, not just the court that issued the earlier judgment.

2. *The Same Cause of Action*: A party cannot bring the same claim, or cause of action, against the same defendant after a final judgment. The terms "claim" and "cause of action" are used interchangeably, but they do not always have precisely the same meaning in a legal context.

3. *The Same Parties, or Closely Related Parties*: When the parties to a lawsuit are individuals, it is usually easy to determine when a new lawsuit involves the same parties.

Res judicata can also bar lawsuits by a person or entity "in privity with" a party to the original lawsuit, as the California Supreme Court put it.

The Trial Court erred in not considering the "Exception to Res Judicata". At least one exception to Res Judicata is "'dismissal without prejudice', which often expressly states that a plaintiff may refile if he corrects certain defects or errors in their pleadings".

In the Federal Circuit's *OPINION* on 09/08/2022, in *Larry Golden v. Apple Inc., SAMSUNG ELECTRONICS USA, et al*; Case No. 22-1229 — [Appeal from the United States District Court for the District of South Carolina in No. 6:20-cv-04353-JD, Judge Joseph Dawson, III]:

> "Mr. Golden … concedes that the rejected original complaint was identical to the one that this court deemed frivolous in the 2019 case. His effort to relitigate the sufficiency of the original complaint is precluded under the doctrine of res judicata. See *Arizona v. California,* 530 U.S. 392, 412 (2000) ("[I]f a court is on notice that it has previously decided the issue presented, the court may dismiss the action sua sponte, even though [a preclusion] defense has not been raised."). Mr. Golden does not argue that the docketed complaint contains factual allegations beyond those contained in his original complaint or that the allegations in the docketed complaint do anything beyond listing the alleged infringed-upon patent claims and the alleged infringing devices. This is plainly insufficient. We see no error in the district court's without prejudice dismissal of the Apple case."

In view of Plaintiff's original complaint being precluded under Res Judicata, the Federal Circuit affirmed the District Court's "without prejudice" dismissal of the [] case. Without evaluating whether Plaintiff's "complaint contains factual allegations beyond those contained in his original complaint or that the allegations in the docketed complaint do anything beyond listing the alleged infringed-upon patent claims and the alleged infringing devices", the Trial Court dismissed Plaintiff's case without considering the "Exception to Res Judicata".

A case that is dismissed "without prejudice" is only dismissed temporarily. This temporary dismissal means that the plaintiff is allowed to re-file charges, alter the claim, or bring the case to another court.

# STANDARD FOR REVIEW

## "Iqbal and Twombly"

A recent Federal Circuit decision has re-affirmed prior guidance on the pleading requirements for a plaintiff alleging patent infringement. The decision was issued in *Bot M8 LLC v. Sony Corp. of Am.*, Case No. 2020-2218, on July 13, 2021. In short, while a plaintiff need not prove its case at the pleading stage, a plaintiff must plead facts sufficient to show it is plausible that an accused product infringes the patent claim. A plaintiff may not just recite the claim elements and conclude that the accused product has infringed those elements.

The Federal Circuit walked through the appropriate pleading standard for patent infringement, stating that, "To the extent this district court and others have adopted a blanket element-by-element pleading standard for patent infringement, that approach is unsupported and goes beyond the standard the Supreme Court articulated in *Iqbal* and *Twombly*."

This decision provides useful guidance for patent infringement plaintiffs on avoiding dismissal at the pleading stage. As the Federal Circuit aptly said: "we, once more, explain that, while a patentee's pleading obligations are not insurmountable, a patentee may subject its claims to early dismissal by pleading facts that are inconsistent with the requirements of its claims."

The Trial Court erred in dismissing Plaintiff's case "for pleading facts that are inconsistent with the requirements of its claims". The Trial Court is quoted as saying:

> "Even if preclusion did not apply – and it does – this case must be dismissed for failure to plausibly allege infringement. Golden asserts that his "Multi Sensor Detection, Stall to Stop and Lock Disabling System" patents were infringed by: (i) "CPU's Samsung uses with its Smartphones"; (ii) Samsung's use of Global Position System (GPS) and web browsers; (iii) Samsung's use of camera lenses; (iv) Samsung's use of biometric data to unlock phones; and (v) Samsung's use of remote unlocking technology. See generally Complaint ¶ 61 & pgs. 19-26; see also id. pgs. 27-31. The allegations that his patents cover the identified functionalities included in Samsung's products are wholly unsupported and implausible on their face."

The issue of unsupported "written patent description" has already been raised in the CFC Case No. 13-307C, *Larry Golden v. The United States*; and, in the *Department of Homeland Security v. Larry Golden* Case No. IPR2014-00714:

9

"In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced in the chart below. Claim Term Construction "built in, embedded" (claim 74) "something is included within, incorporated into, disposed within, affixed to, connected to, or mounted to another device, such that it is an integral part of the device" "communication device" (claim 81) "monitoring equipment" Dec. to Inst. 11–16." … "No party challenges these constructions. Both of these terms were modified or removed in the amendment. To the extent that any of these constructions remain relevant after the amendment, we see no reason to modify them." … "We further determined that no explicit construction was necessary for any other claim terms. Dec. to Inst. 10–11. Based on the record adduced during trial, we see no need to construe any other terms."

According to 35 U.S. Code § 101 - Inventions patentable: "Whoever invents or discovers any new and useful process, machine, manufacture, or composition of matter, or any new and useful improvement thereof, may obtain a patent therefor, subject to the conditions and requirements of this title."

Plaintiff invented a communicating, monitoring, detecting, and controlling (CMDC) device that is a new, improve upon, and/or useful cell phone.

Every element the NDC Court described as being "the identified functionalities included in Samsung's products", are illustrated below in Plaintiff's independent claim 23 of Plaintiff's '439 patent. Plaintiff's new, improve upon, and/or useful cell phone has a priority disclosure date at the USPTO of November 17, 2004:

A cell phone comprising:

a ***central processing unit (CPU)*** for executing and carrying out the instructions of a computer program;

at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or ***GPS connection***;

whereupon the cell phone is interconnected to the cell phone detection device to ***receive signals or send signals to lock or unlock doors***, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device;

at least one of *a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor* capable of being *disposed within, on, upon or adjacent the cell phone*;

wherein the cell phone is equipped with a *biometric lock disabler that incorporates at least one of a fingerprint recognition*, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and

Plaintiff's patented CMDC devices; CPUs for Plaintiff's CMDC (smartphone) devices; camera lenses for CBRNE detection; fingerprint and facial biometric authentication for unlocking the CMDC devices; and Plaintiff's remote locking and unlocking technology, has already been examined and allowed at the United States Patent and Trademark Office (USPTO).

Plaintiff's claimed inventions were issued with the "presumption of validity" by the USPTO; challenged by the Defendant ("Government") in *Larry Golden v. The United States* CFC Case No. 13-307C; and again, challenged in the IPR trial in the *Department of Homeland Security v. Larry Golden* Case No. IPR2014-00714.

Therefore, any challenges to the written description of Plaintiff's inventions, or claim construction of any terms raised, or could have been raised, is now "collateral estoppel".

## KESSLER DOCTRINE

Samsung's interpretation and application of the Kessler Doctrine in this case is completely flawed. First, Samsung cannot apply the doctrine as a manufacturer because in the Claims Court case no. 13-307C Samsung could not be held liable for direct, induce, or contributory infringement, in *Astornet Technologies Inc. v. BAE Systems, Inc.*, No. 14-1854 (Fed. Cir. Sept. 17, 2015) "[t]he case continued a recent trend of Federal Circuit decisions, including *IRIS Corp. v. Japan Airlines Corp.*, 769 F.3d 1359 (Fed. Cir. 2014) and *Zoltek Corp. v. United States*, 672 F.3d 1309 (Fed. Cir. 2012), holding that § 1498 affords government contractors a wide scope of protection against liability for infringement. *Astornet* makes clear that, in addition to relieving contractors from a broad range of liability for acts of direct patent infringement, § 1498(a) also prevents government contractors from being held liable for inducing or contributing to the government's infringement of a patent.

Second, *according to the United States ("Government")* in the Claims Court case no. 13-307C, the United States ("Government") was never a customer; never "used" the consumer devices; the consumer devices was never "manufactured for, or by" the Government; and was never manufactured for the benefit of the Government. As a result of this stance, the Claims Court dismissed sixty-one (61) of Plaintiff's seventy-two (72) alleged infringement claims. The Claims Court *ORDER*: Case 1:13-cv-00307-EGB Document 130 Filed 03/29/18:

"Regarding the "first requirement," private conduct incidentally benefitting the Government does not constitute use "for the benefit of the Government." 10/20/17 Gov't Mot. at 7 (citing *Sheridan v. United States*, 120 Fed. CL 127, 131 (Fed. CL 2015) ("Where benefits to the Government are merely an incidental effect of private conduct, they do not constitute 'use or manufacture for the Government within the meaning of § 1498.")) ..."

"The Government also argues that the [] Complaint's "allegations relating generally to smartphones and other consumer devices should be dismissed" under RCFC 12(b)(1) and 12(b)(6), because they fail to allege "actual 'use' by the [G]overnment of the various combinations of consumer devices, nor would the [G]overnment's use be plausible." 10/20/17 Gov't Mot. at 16-17."

"In addition, the [] Complaint "fails to allege that any of these various consumer devices were made for the benefit of the [G]overnment." 10/20/17 Gov't Mot. at 17. The companies referenced in the [] Complaint "manufacture, develop, and commercialize their devices in their own economic self-interest." 10/20/17 Gov't Mot. at 17. Moreover, any benefit that the Government might receive does "not constitute use or manufacture for the Government within the meaning of § 1498."

"The Government also argues that the [] Complaint's "allegations relating generally to smartphones and other consumer devices should be dismissed" under RCFC 12(b)(1) and 12(b)(6), because they fail to allege "actual 'use' by the [G]overnment of the various combinations of consumer devices, nor would the [G]overnment's use be plausible." 10/20/17 Gov't Mot. at 16-17."

"The [] Complaint, however, does not allege that the Government's intent to "allow" or "approve" the use of "smartphones and other consumer devices" infringes Plaintiffs patents. Instead, the [] Complaint alleges that the Government's use of these

devices in combination with other "devices" or "programs," e.g., the "Cell-All initiative," infringes Plaintiffs patents. 8/10/17 Am. Compl. ¶¶ 96-97. No factual allegations, however, support assuming that the Government used or authorized the use of these other "devices" or "programs" to infringe Plaintiffs patents."

"For example, although the [] Complaint alleges that the "LG Electronics GS Smartphone . . . can be used" by the Government, such an allegation does not support the conclusion that the Government used or authorized the use of these devices to run the *"Cell-All"* initiative." 8/10117 Am. Compl. ¶¶ 96-97. Nor do such allegations imply that the Government's use of the "LG Electronics GS Smartphone" infringes Plaintiffs patents..."

"For these reasons, the court has determined that the patent infringement allegations contained in ¶¶ 184-85, 199-200, 235-36, 260-61, 265-66, 270-71, 275-76, 280-81, 285-86, 290-91, 295-96, 300-01, 305-06, and 350-51 of the August 10, 2017 [] ***Complaint failed to satisfy Plaintiffs burden to establish jurisdiction under 28 U.S.C. § 1498(a)***. Accordingly, these paragraphs of the Complaint must be dismissed..."

Therefore, the Kessler Doctrine does not apply in this case because it was the Claims Court's that ordered Plaintiff to litigate against Samsung as a "private entity" while under the protection of the Government.

According to the Claims Court and the Government, Samsung was never a customer, and did not appear in the Case to represent itself as a customer. Also, according to the Claims Court and the Government, Plaintiff never established jurisdiction for the Samsung smartphones under 28 U.S.C. § 1498.

Samsung may argue that the Claims Court later reversed the order. That argument is not a valid one because the Claims Court never reverse the sixty-one (61) alleged infringement claims the Claims Court dismissed.

Later, in the Claims Court *OPINION*: Case 1:13-cv-00307-EGB Document 249 Filed 11/10/21, the Court doubled down on its position: "[U]nexplained is how they relate either to the products ostensibly accused by the complaint or the overarching mystery present in all of plaintiff's pleadings—how the government is on the hook for the 'private parties' products.

A claim is frivolous when the claim lacks any arguable basis either in law or in fact *Neitze v. Williams*, 490 U.S. 319, 325 (1989). Ridiculous, absurd, ludicrous, and nonsensical—these are all words that can be used to describe a frivolous lawsuit.

## VERTICAL STARE DECISIS

The United States Court of Appeals for the Federal Circuit is a federal court that has special importance in patent law. The Federal Circuit does not have jurisdiction over a particular region. Instead, it has jurisdiction over all appeals in cases that "arise under" the patent laws. The Federal Circuit's jurisdiction over appeals in patent cases is exclusive. Other circuit courts cannot review decisions in those cases.

Congress created the Federal Circuit in 1982 to be a court with specialized expertise in patent law. In giving it exclusive jurisdiction over patent cases, Congress aimed to ensure that the interpretation of the patent laws, and applicable legal precedent, would be uniform throughout the nation, and not vary among regional circuits.

Consistent with that, the Federal Circuit has developed a large body of precedent governing patent cases: how to interpret patent claims, how infringement must be proved, how invalidity must be established, and how damages must be calculated. Successful patent litigation in the district courts requires diligently the following of the Federal Circuit's pronouncements on those issues.

Vertical stare decisis binds lower courts to follow strictly the decisions of higher courts within the same jurisdiction (e.g., the U.S. District Court for the Northern District of California must follow the decisions of the U.S. Court of Appeals for the Federal Circuit). The Supreme Court defines vertical stare decisis as the doctrine, "a lower court must strictly follow the decision(s) handed down by a higher court within the same jurisdiction".

A court engages in vertical stare decisis when it applies precedent from a higher court. For example, if the U.S. District Court for the Northern District of California adhered to a previous ruling from the U.S. Court of Appeals for the Federal Circuit, that would be vertical stare decisis.

The Federal Circuit on 09/08/2022, in *Larry Golden v. Google LLC*; Case No. 22-1267 — "VACATED AND REMANDED" the relevant Case No: 22-1267 Document 15; back to the District Court "to be filed and request service of process". The Federal Circuit determined the

complaint, "includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" … "in a relatively straightforward manner" … and that the [Circuit] "express no opinion as to the adequacy of the complaint or claim chart except that it is not facially frivolous."

> Three-Judge Panel: "DISCUSSION. 'Under the pleading standards set forth in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), a court must dismiss a complaint if it fails to allege "enough facts to state a claim to relief that is plausible on its face." *Twombly*, 550 U.S. at 570 … [T]his standard "requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do." *Id.* at 555 (citation omitted). A plaintiff must allege facts that give rise to "more than a sheer possibility that a defendant has acted unlawfully." *Iqbal*, 556 U.S. at 678 (citation omitted) … this court has explained that a plaintiff … must plead "'enough fact[s] to raise a reasonable expectation that discovery will reveal' that the defendant is liable for the misconduct alleged."
>
> "Mr. Golden's complaint includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 … It [claim chart] attempts [] to map claim limitations to infringing product features, and it does so in a relatively straightforward manner …[W]e conclude that the district court's decision in the Google case is not correct with respect to at least the three claims mapped out in the claim chart. Mr. Golden has made efforts to identify exactly how the accused products meet the limitations of his claims in this chart.…"

Vertical Stare Decisis bars the Government from challenging, and this Court from overturning, the Federal Circuit's ruling: "the complaint includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" … 'in a relatively straightforward manner'"

The 'Android' platform, that can be found in the first original complaint filed in the U.S. District Court for the District of South Carolina – Greenville Division. The alleged facts were included in the original complaint because Plaintiff knew and understood he "must allege facts

that give rise to "more than a sheer possibility that the Defendant has acted unlawfully." *Iqbal*, 556 U.S. at 678 (citation omitted).

On appeal in *Larry Golden v. Google LLC*; Case No. 22-1267, the Federal Circuit determined Plaintiff has "pled enough fact[s] to raise a reasonable expectation that discovery will reveal that the Defendant is liable for the misconduct alleged."

Therefore, according to the doctrine of "*Vertical Stare Decisis*" the Government is barred from challenging, and this Court is barred from relitigating the specifications of the Google Pixel 5 and the Android Team Awareness Kit (ATAK), that was decided as being nonfrivolous in U.S. Court of Appeals for the Federal Circuit: See the sensor types for "Android" listed below:

The Federal Circuit has determined Golden has alleged "enough facts to state a claim to relief that is plausible on its face." *Twombly*, 550 U.S. at 570 … pled "'enough fact[s] to raise a reasonable expectation that discovery will reveal' that the defendant is liable for the misconduct alleged". The decision cannot be overturned by the lower Court of Federal Claims.

In the Federal Circuit's language, "a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189", indicates a determination has been made on direct infringement, either literally or under the doctrine of equivalents.

Therefore, when the Federal Circuit states, ""express no opinion as to the adequacy [the state or quality of being adequate] of the complaint or claim chart except that it is not facially frivolous", means the Circuit is not expressing an opinion on whether the direct infringement is literal direct infringement or direct infringement under the doctrine of equivalents.

"Literal infringement" means that each and every element recited in a claim has identical correspondence in the allegedly infringing device or process. "Under the doctrine of equivalents, a product or process that does not literally infringe … the express terms of a patent claim may nonetheless be found to infringe if there is 'equivalence' between the elements of the accused product or process and the claimed elements of the patented invention.'" *Ethicon Endo-Surgery, Inc. v. U.S. Surgical Corp.*, 149 F.3d 1309, 1315 (Fed. Cir. 1998)

For an infringement analysis & litigation, claim charts help confirm or dis-confirm that each and every limitation of the claim is present in a product, service, or standard. An Evidence-of-Use (EoU) or Infringement Chart shows how a product or process accused of infringement contains each claim element to satisfy the 'all elements test' for infringement.

Below, (*Figure 1*) illustrates how the Federal Circuit in *Golden v. Google* examined each and every product element of the Google Pixel 5 smartphone to the claim limitations of claim 5 of the '287 patent; claim 23 of the '439 patent; and claim 1 of the '189 patent. The chart below is a comparison of *SMARTPHONES*, not the companies that makes them.

Therefore, when comparing the smartphone of Google to the smartphone of Samsung, the Samsung smartphone "map claim limitations to infringing product features, and it does so in a relatively straightforward manner ..." *Larry Golden v. Google LLC*; Case No. 22-1267

*Figure 1*

| Google Pixel 5 Smartphone | Samsung Galaxy S21 Smartphone | Vertical Stare Decisis (Federal Circuit) |
|---|---|---|
| **Smartphone** [A] portable computer device that combines mobile telephone functions and computing functions [H]ave central processing units (CPUs), similar to those in computers. The CPU is typically integrated in a system-on-a-chip (SoC) application processor. | **Smartphone** [A] portable computer device that combines mobile telephone functions and computing functions [H]ave central processing units (CPUs), similar to those in computers. The CPU is typically integrated in a system-on-a-chip (SoC) application processor. | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone**, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" ... 'in a relatively straightforward manner'" |
| CPU: Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) System-on-a-chip: Qualcomm Snapdragon 765G | CPU: Octa-core (1x2.84 GHz Cortex-X1 & 3x2.42 GHz Cortex-A78 & 4x1.80 GHz Cortex-A55) - USA/China. Chipset: Qualcomm SM8350 Snapdragon 888 5G (5 nm). OS: Google Android 11, upgradable to Android 13 Modem: Snapdragon® X60 5G Modem-RF System. | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone CPU (Qualcomm Snapdragon (SoC))**, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" ... 'in a relatively straightforward manner'" |

| | | |
|---|---|---|
| Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. | Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone Temperature Sensor**, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" … 'in a relatively straightforward manner'" |
| Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone Gravity Sensor**, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" … 'in a relatively straightforward manner'" |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6.2 inches flexible OLED display at 421 ppi | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone Light Sensor**, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" … 'in a relatively straightforward manner'" |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct. Bluetooth 5.0, A2DP, LE. NFC, GPS, GLONASS, BDS, GALILEO. Nano-SIM and eSIM or Dual SIM | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone Bluetooth Sensor**, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" … 'in a relatively straightforward manner'" |

| | | |
|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct. Bluetooth 5.0, A2DP, LE. NFC, GPS, GLONASS, BDS, GALILEO. Nano-SIM and eSIM or Dual SIM | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone NFC Sensor**, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" … 'in a relatively straightforward manner'" |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct. Bluetooth 5.0, A2DP, LE. NFC, GPS, GLONASS, BDS, GALILEO. Nano-SIM and eSIM or Dual SIM | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone GPS Connection**, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" … 'in a relatively straightforward manner'" |
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone Locking Mechanism for Lock, Unlock, Disabling Lock** to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 … 'in a relatively straightforward manner'" |

| | | |
|---|---|---|
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | Samsung USB-C Cable lets you charge your USB-C device as well as sync your data to your smartphone | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone Power Source** to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 … 'in a relatively straightforward manner'" |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone Biometric Authentication** to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 … 'in a relatively straightforward manner'" |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone Android Operating System** to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 … 'in a relatively straightforward manner'" |

| | | |
|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone ATAK for CBRN Plug-ins** to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 … 'in a relatively straightforward manner'" |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct. Bluetooth 5.0, A2DP, LE. NFC, GPS, GLONASS, BDS, GALILEO. Nano-SIM and eSIM or Dual SIM | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone Wi-Fi Connection** to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 … 'in a relatively straightforward manner'" |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone Lock/Unlock Mechanism and Smartphone ATAK for CBRN Plug-ins** to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 … 'in a relatively straightforward manner'" |

| | | |
|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit,* ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit,* ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone Lock/Unlock Mechanism and Smartphone ATAK for CBRN Plug-ins** to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 … 'in a relatively straightforward manner'" |
| *Android Team Awareness Kit,* ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit,* ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone ATAK for CBRN Plug-ins** to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 … 'in a relatively straightforward manner'" |
| *Android Team Awareness Kit,* ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit,* ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Golden v. Google* Case No. 22-1267 the complaint includes a detailed claim chart mapping features of an accused product, [] **Smartphone ATAK for CBRN Plug-ins** to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 … 'in a relatively straightforward manner'" |

## THE TRIAL COURT FAIL TO REJECT SAMSUNG'S "INSUFFICIENT DEFENSE"

The Tactical Assault Kit (TAK)—a mapping system with a plugin architecture—has seen success across the Department of Defense (DoD) and Department of Homeland Security (DHS), where operators must routinely execute missions in spectrum denied environments. [nonincidental the integration of the Samsung product and ATAK]

The Defense Threat Reduction Agency (DTRA) leveraged TAK for enhanced CBRNE situational awareness with the goal of protecting military and civilian populations from intentional or incidental chemical or biological threats and Toxic Industrial Chemicals/Materials (TIC/TIM) hazards. [the TAK was made to include each limitation of Golden's invention]

> In *FastShip, LLC v. United States*, 892 F.3d 1298 (Fed. Cir. 2018)) "[T]he Court of Federal Claims construed the relevant claim terms and granted the government partial summary judgment, finding that the LCS-3 ship was not "manufactured" by or for the government within the meaning of Section 1498" ... The Federal Circuit affirmed and determined that the meaning of "manufactured" in Section 1498 was a matter of first impression. The Federal Circuit interpreted "manufactured" under its plain meaning, holding that "a product is 'manufactured' when it is made to include each limitation of the thing invented and is therefore suitable for use."

Under a Broad Agency Announcement from the Joint Science and Technology Office (JSTO) Digital Battlespace Management Division, DTRA fund the development of ATAK, WinTAK, and WebTAK compatible versions of existing decision support tools for chemical and biological warning and reporting, hazard prediction, and consequence assessment, which caused the development of iTAK. [the iTAK, ATAK, and WinTAK was developed in accordance to Golden's "product grouping" strategies to enable the integration of hardware and software]

> *Golden's Patent Specifications:* "It is another objective of the present invention to provide a multi sensor detection [] system for preventing terrorist activity by using products grouped together by common features in several product groupings such as design similarity, similarity in the presentation of security problems and similarity with regard to the presentation of solutions to preventing terrorist... Still yet a further objective of the present invention is to provide a multi sensor detection [] system that can be implemented by business or government at a minimum cost by organizing the products to be protected into product grouping categories... Product grouping 2 (sensors) include, but are not limited to, chemical, biological, radiological, explosive and nuclear detectors, motion sensors, door sensors, [] biometric sensors, [] detection of humans... Product grouping 4 (monitoring & communication devices) include, but are not limited to, mobile communication devices, mobile communication units, portable communication devices, [] monitoring sites, monitoring terminals, web servers, desktop PCs, notebook PCs,

laptops, satellite cell phones, cell phones, [] PDAs, [] and [] handhelds ...
Product grouping 7 (authorized person) include, but are not limited to, owner, pilot,
conductor, captain, [] airport security, police, highway patrol, security guard, military
personnel, HAZMAT, CIA, FBI, Secret Service, port security personnel, border security
personnel, first responders, [] terminal personnel.

## iTAK

The iPhone is a line of smartphones produced by Apple Inc. that use Apple's
own iOS mobile operating system. The first-generation iPhone was announced by then-Apple
CEO Steve Jobs on January 9, 2007. Since then, Apple has annually released new iPhone
models and iOS updates. As of November 1, 2018, more than 2.2 billion iPhones had been sold.

iOS (formerly iPhone OS) is a mobile operating system developed by Apple Inc.
exclusively for its hardware. The operating systems powers the company's mobile devices.

**iTAK** was specifically designed for Apple smartphones. The iTAK is a software
component that adds a specific feature to an existing program. When the iTAK supports CBRNE
plug-ins, it enables customization. It enables third-party developers [Draper Laboratories] to
extend the application with CBRNE plugins.

The "product grouping" strategy for ubiquitous iTAK CBRNE sensing is limited to the
111 Apple smartphone models that are covered under the Apple brand. (gsmarena.com)

## ATAK

Android is a mobile operating system based on a modified version of the Linux
kernel and other open-source software, designed primarily for mobile devices as smartphones.
Android is developed by a consortium of developers known as the Open Handset Alliance,
though its most widely used version is primarily developed by Google. It was unveiled in
November 2007, with the first commercial Android device, the HTC Dream, being launched in
September 2008. At its core, the operating system is known as Android Open-Source Project
(AOSP) and is free and open-source software (FOSS). Over 70 percent of smartphones based on
Android Open-Source Project run Google's ecosystem (which is known simply as Android)

**ATAK** was specifically designed for Android smartphones. The ATAK is a software
component that adds a specific feature to an existing program. When the ATAK supports CBRNE
plug-ins, it enables customization. It enables third-party developers [Draper Laboratories] to
extend the application with CBRNE plugins.

The "product grouping" strategy for ubiquitous ATAK CBRNE sensing include nearly 1,300 brands that have produced over 24,000 distinct Android devices (android.com). The Samsung brand has 1,361 devices; the Google brand has 24 devices; the LG brand has 667 devices; and the Asus/Qualcomm brand has 200 devices (gsmarena.com/makers.php3)

## WinTAK

Microsoft's Windows has always dominated the desktop PC, laptop, and tablet operating system (OS) space globally, as the operating system is widely available with many PC manufacturing partners such as Dell, HP, and Samsung. Microsoft Windows was the dominant desktop operating system (OS) worldwide as of January 2023, with a share of just over 74%.

**WinTAK** was specifically designed for desktop PCs, laptops, and tablets that use the Windows operating system. The WinTAK is a software component that adds a specific feature to an existing program. When the WinTAK supports CBRNE plug-ins, it enables customization. It enables third-party developers [Draper Laboratory] to extend the application with CBRNE plugins.

The "product grouping" strategy for ubiquitous WinTAK CBRNE sensing: Microsoft backed away from their goal of one billion Windows 10 devices in three years (or "by the middle of 2018") and reported on 26 September 2016 that Windows 10 was running on over 400 million devices, and in March 2019 on more than 800 million.

## DTRA's Purpose

DTRA's purpose for developing the iTAK, ATAK, and WinTAK is the same as Golden's purpose for inventing certain devices for "product grouping". That is to have a mean(s) for ubiquitous CBRNE sensing.

The following chart illustrates how the DTRA harnessed [product grouped] Golden's patented CMDC Devices, CPUs, and Multi Sensor Detection Devices to satisfy the utility requirement needed for the iTAK, ATAK, and WinTAK. Without Golden's patented CMDC Devices, CPUs, and MSD devices, the iTAK, ATAK, and WinTAK software is useless; the iTAK, ATAK, and WinTAK OSs were not designed to operate without Golden's patented inventions. **(INFORMAL APPENDIX: Consolidated Charts of Product (i.e., Smartphone, PC, Tablet) Comparisons and Each Claim Limitation Identified in each Alleged Infringing Product)**

# DEPARTMENT OF DEFENSE (DOD) DEFENSE THREAT REDUCTION AGENCY (DTRA)

| iTAK | ATAK | | | | WinTAK | |
|---|---|---|---|---|---|---|
| Apple iPhone 12 Smartphone | Google Pixel 5 Smartphone | Samsung Galaxy S21 Smartphone | LG V60 ThinQ 5G | Asus / Qualcomm Smartphone for Snapdragon Insiders | Samsung Galaxy Book2 Pro 360 [PC Mode or Tablet Mode] | HP ZBook Fury 15.6 Inch G8 Mobile Workstation PC |
|  |  |  |  |  |  |  |
| **Chipset:** Apple A14 Bionic (5 nm). **CPU:** Hexacore (2x3.1 GHz Firestorm + 4x1.8 GHz Icestorm). | **Chipset:** Qualcomm Snapdragon 765G **CPU:** Octa-core (1 × 2.4 GHz Kryo 475 Prime | **Chipset:** Qualcomm SM8350 **CPU:** Octa-core (1x2.84 GHz Cortex-X1 & 3x2.42 GHz | **Chipset:** Qualcomm SM8250 **CPU:** Octa-core (1x2.84 GHz Cortex-A77 & 3x2.42 GHz | **Chipset:** Qualcomm SM8350 **CPU:** Octa-core (1x2.84 GHz Cortex-X1 & 3x2.42 GHz | **CPU:** Intel® Core™ i5-1235U / Intel® Core™ i71255U. Processor Speed 1.3GHz / 1.7 GHz. | **CPU:** 11th Generation Intel® Xeon® W-11955M vPro® with Intel® UHD Graphics |
| **OS:** Apple iOS 14.1, upgradable to iOS 16.1 | **OS:** Google Android 11, upgradable to Android 13 | **OS:** Google Android 11, upgradable to Android 13 | **OS:** Google Android 10, upgradable to Android 13 | **OS:** Google Android 11 | **OS:** Preinstalled Microsoft Windows 11 | **OS:** Preinstalled Microsoft Windows 11 Pro2 |
| **CBRNE PLUGINS** Draper Laboratory, Inc | **CBRNE PLUGINS** Draper Laboratory, Inc | **CBRNE PLUGINS** Draper Laboratory, Inc | **CBRNE PLUGINS** Draper Laboratory, Inc | **CBRNE PLUGINS** Draper Laboratory, Inc | **CBRNE PLUGINS** Draper Laboratory, Inc | **CBRNE PLUGINS** Draper Laboratory, Inc |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The iTAK, ATAK, and WinTAK aren't the only means for Smartphone detection of CBRN&Es. Example: The list of Smartphones Biosensors include: Ambient light sensor for Cancer biomarkers; Toxic metals for Pathogens; Capillary inlet for Air analysis; Airborne Pathogens for Aerosols; Capillary inlet for Fluid analysis; Blood analysis for Biomarkers; Microfluidic cassette for varying assays; VIS-NIR spectrometer for Melanoma; NNAP Electrodes for Toxic metals and Organic pollutants in water; Optical Waveguide for Pathogens in water/food; Back & front camera: Colorimetric analysis; Image analysis Microphone

# THE TRIAL COURT FAIL TO APPLY SIMPLE LOGIC

When the Federal Circuit in *Larry Golden v. Google LLC*; Case No. 22-1267 determined Golden has presented "a detailed claim chart mapping features of an accused product [smartphone] ... to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" ... 'in a relatively straightforward manner'"; the most logical thing for the Trial Court to do is compare the features of the Google smartphone to that of the Samsung smartphone.

Next, the Trial Court will compare the elements of the Samsung phone to the limitations of the patent claims. When the Trial Court realizes both smartphones have equivalent features, and that both smartphones' features are mapped "to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" ... 'in a relatively straightforward manner'", the case must be decided in favor of Plaintiff because of "Vertical Stare Decisis". Both phones include:

Smartphone; Smartphone CPU (Qualcomm Snapdragon (SoC)); Smartphone Temperature Sensor; Smartphone Gravity Sensor; Smartphone Light Sensor; Smartphone Bluetooth Sensor; Smartphone NFC Sensor; Smartphone GPS Connection; Smartphone Locking Mechanism for Lock, Unlock, Disabling Lock; Smartphone Power Source; Smartphone Biometric Authentication; Smartphone Android Operating System; Smartphone Wi-Fi Connection; Smartphone ATAK for CBRN Plug-ins

In the Trial Court's decision to grant Samsung's motion to dismiss, Case 3:23-cv-00048-WHO Document 36 Filed 06/08/23 Page 4 of 5, the Court is quoted as saying "[t]he allegations that his patents cover the identified functionalities included in Samsung's products are wholly unsupported and implausible on their face". A patent's "claims" define the invention. The claims are the numbered paragraphs "particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention." 35 U.S.C. § 112.

# FRIVOLOUSNESS

Every time, and in every court, the Judge improperly dismisses Plaintiff's patents as "frivolous", the Judge improperly expands the scope of the Defendants' patents. Plaintiff refers to the dismissals as a dismissal of his patents, instead of cases, because the patents are at the core of Plaintiff's pleadings.

Proving patent infringement in court requires Plaintiff to prove two broad elements: ownership and validity of the patent(s), and infringement of the patent by the defendant(s).

The Trial Court erred in dismissing this current case for "frivolousness" because valid patents have a place in law and in fact. 35 U.S. Code § 282(a) states In General. "A patent shall be presumed valid. Each claim of a patent (… independent, dependent, or multiple dependent …) shall be presumed valid independently of the validity of other claims". In the District Courts, invalidity must be proven on the heightened standard of "clear and convincing evidence".

Each time a Judge prematurely dismisses Plaintiff's patents; without reviewing the Defendant's invalidity contentions; and without a Marksman Hearing/claim construction, the Judge involves himself/herself in a conspiracy against rights: 18 U.S.C. § 241: "Section 241 makes it unlawful for two or more persons to agree to injure, threaten, or intimidate a person in the United States in the free exercise or enjoyment of any right or privilege secured by the Constitution or laws of the Unites States or because of his or her having exercised such a right." *Department of Justice* https://www.justice.gov/crt/statutes-enforced-criminal-section#:

## Team Collaboration Agreements with "People Skilled in the Art" who Verified the Intellectual Property Subject Matter of Golden's Patents and Inventions are *NOT* Frivolous

**Dr. Thomas J. Bonazza**, Ph.D. Candidate Mechanical Engineering, West Virginia University 1992-Present; M.S., Electrical Engineering, Johns Hopkins University, 1991; B.S., Electrical Engineering, West Virginia University, 1986. Currently employed with Electronic Warfare Association, (EWA).

**Dr. Lonnie Johnson**, (Inventor). Dr. Johnson holds a B.S. degree in Mechanical Engineering, an M.S. degree in Nuclear Engineering, and an honorary Ph.D. in Science from Tuskegee University.

**Dr. Santosh Pandey**, Ph.D. Electrical Engineering, Lehigh University (2006), MS, Electrical Engineering, Lehigh University (2001), BTech, Electrical Engineering, Indian Institute of Technology, Kharagpur (1999), Research Interests: Bioelectronics, and sensors.

**Harold P. Kimball Jr.** Enabling Technologies, Inc. (ETI), President Software Functional Manager / Senior Software Developer Support Systems Associates, Inc. (SSAI), Warner Robins,

Georgia. Education: Bachelor of Science in Computer Science, 1990, Mercer University, Macon, Georgia. Associate of Science in Computer Science, 1987, Macon College, Macon, Georgia.

**Doug Erwin Cumbie**. Enabling Technologies, Inc. (ETI); Computer & Electrical Engineer. Education: BS, Electrical Engineering, University of West Florida, 2007; BS, Computer Engineering, University of Central Florida, 2001. Job-Related Skills: C# (MS Visual Studio 200312005 - desktop and mobile devices).

**Dr. Gilbert E. Pacey**, Ph.D. (IDCAST) CBRNE Coordinator for the University of Dayton Research Institute (UDRI) Institute for the Development and Commercialization of Advanced Sensor Technology (IDCAST). Professor, Director; Miami University Center.

**Dr. Guru Subramanyam**, Ph.D. (IDCAST) Professor, Electrical & Computer Engineering, University of Dayton PhD in Electrical Engineering, University of Cincinnati, 1993; MS in Electrical Engineering, University of Cincinnati,

**Dr. Wolfgang U. Spendel**, Ph.D. (IDCAST) Research Scientist IDCAST/Miami University Center for Nanotechnology, Department of Chemistry and Biochemistry, Miami University, Oxford, Ohio 45056..

**Dr. William H. Steinecker**, Ph.D. (IDCAST) IDCAST Research Scholar. Department of Chemistry and Biochemistry, Miami University, Oxford, Ohio 45056. Miami University, BS 2001; University of Michigan, MS 2003; University of Michigan, Ph.D. 2006.

The question is, why the Trial Court chose not to rely on the opinions and testimony of those who are *experts* or *skilled in the art* before dismissing a case as frivolous (i.e., of little importance; trivial; lacking in seriousness; clearly insufficient on its face; not deserving serious attention; wasteful; useless; totally and completely without merit; fantastical; fanciful; lacks an arguable basis either in law or fact unbelievable; irrational; incredible; or delusional)?

As it stands right now the Trial Court has been unashamedly wrong about the features and specifications of Golden's patented inventions. The Trial Courts' biggest fear is having to litigate who actually invented the "smartphone", knowing it will change the course of history for the World to know it was a "Black Man" who invented the smartphone. It's easier to dismiss the case as "*frivolous*".

Golden, an African-American Inventor, has twenty-seven (27) independent patent claims, and twenty (20) dependent patent claims for a Communicating, Monitoring, Detecting, and Controlling (CMDC) device (i.e., a smartphone, or a new, improved, and useful cell phone).

But, without seeking the opinions of experts or people skilled in the art, the NDC Judge in *Golden v. Samsung* dismissed Golden's case as having been found "frivolous" before, and that Samsung, without presenting a patent, own the rights to certain functionalities:

> "Even if preclusion did not apply – and it does – this case must be dismissed for failure to plausibly allege infringement. Golden asserts that his "Multi Sensor Detection, Stall to Stop and Lock Disabling System" patents were infringed by: (i) "CPU's Samsung uses with its Smartphones"; (ii) Samsung's use of Global Position System (GPS) and web browsers; (iii) Samsung's use of camera lenses; (iv) Samsung's use of biometric data to unlock phones; and (v) Samsung's use of remote unlocking technology. See generally Complaint ¶ 61 & pgs. 19-26; see also id. pgs. 27-31. The allegations that his patents cover the identified functionalities included in Samsung's products are wholly unsupported and implausible on their face." Case 3:23-cv-00048-WHO Document 36 Filed 06/08/23 Page 4 of 5

Every element the NDC Court described as being "the identified functionalities included in Samsung's products", are illustrated in Golden's independent claim 23 of Golden's '439 patent that has a priority disclosure date at the USPTO of November 17, 2004.

A patent's "claims" define the invention [by] "particularly pointing out and distinctly claiming the subject matter which the applicant regards as his invention." 35 U.S.C. § 112.

Samsung fail to produce any patents for the Smartphone.

Sincerely,

Date: *August 21, 2023*

*Larry Golden*

Larry Golden, *Pro Se* Plaintiff
740 Woodruff Rd., #1102
Greenville, SC 29607
(H) 8642885605
Email: atpg-tech@charter.net

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 21st day of August, 2023, a true and correct copy of the foregoing "Plaintiff-Appellant's Corrected Informal Brief", was served upon the following Defendant by priority "express" mail:

Hyun Sik Byun

COVINGTON & BURLING LLP

3000 El Camino Real, 10th Floor

5 Palo Alto Square

Palo Alto, CA 94306

Phone: (650) 632-4707

Email: hbyun@cov.com

Larry Golden, Pro Se

740 Woodruff Rd., #1102

Greenville, South Carolina 29607

atpg-tech@charter.net

864-288-5605

# UNITED STATES COURT OF FEDERAL CLAIMS

## IN

## LARRY GOLDEN v. SAMSUNG ELECTRONICS AMERICA, INC.

## CASE NUMBER: CAFC CASE NO. 23-2120

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF-APPELLANT'S CORRECTED
### INFORMAL APPENDIX

RECEIVED

AUG 2 3 2023

United States Court of Appeals
For the Federal Circuit

Sincerely,

Date: *August 21, 2023*

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

(H) 864-288-5605

(M) 864-992-7104

Email: atpg-tech@charter.net

1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    LARRY GOLDEN,                              Case No. <u>23-cv-00048-WHO</u>

8                    Plaintiff,
                                                **ORDER GRANTING DEFENDANT'S**
9           v.                                  **MOTION TO DISMISS AND DENYING**
                                                **PLAINTIFF'S CROSS-MOTION TO**
10   SAMSUNG ELECTRONICS AMERICA,               **DISMISS AND FOR SUMMARY**
     INC.,                                      **JUDGMENT**
11                   Defendant.                 Re: Dkt. Nos. 7, 20

12

13          Defendant's Samsung Electronics America, Inc.'s (Samsung) motion to dismiss with

14   prejudice (Dkt. No. 7) is GRANTED.  Plaintiff's cross-motion for summary judgment (Dkt. No.

15   20) is DENIED.[1]

16          Plaintiff Larry Golden has been pursuing patent infringement claims asserting his "family

17   of patents" for over ten years in multiple jurisdictions. The patents at issue here and in each of

18   these other cases concern "systems for locking, unlocking, or disabling a lock upon the detection

19   of chemical, radiological, or biological hazards." *See, e.g., Golden v. Apple Inc.*, No. 2023-1161,

20   2023 WL 3400595, at *1 (identifying multiple actions dismissed with prejudice concerning the

21   same patent families filed in the District of South Carolina and Northern District of California);

22   *see also Golden v. United States*, 156 Fed. Cl. 623, 625 (2021), *aff'd*, No. 2022-1196, 2022 WL

23   4103287 (Fed. Cir. Sept. 8, 2022) (Federal Court of Claims dismissing Golden's patent

24   infringement claims that assert his "family of patents concerning a device for detecting chemical,

25   radiological, and biological hazards" brought against the United States, through the Department of

26

27   _____

     [1] I find these mattes suitable for determination on the papers and the June 14, 2023 hearing and
28   Case Management Conference are VACATED.  Civ. L.R. 7-1(b).

United States District Court
Northern District of California

1    Homeland Security, alleging that the government "caused cell phone manufacturers" including

2    Samsung "to produce devices that infringe on one or more of his patents.").[2]

3        The patent claims in each of his cases, with one exception, have been dismissed with

4    prejudice for failure to state a claim. *See, e.g., Golden v. Apple Inc.*, No. 2023-1161, 2023 WL

5    3400595 (Fed. Cir. May 12, 2023) (affirming Hon. Vince Chhabria's dismissal with prejudice of

6    Golden's patent infringement claims as frivolous and barred by issue preclusion because "they

7    have been fully litigated and decided"); *Golden v. Intel Corp.*, No. 2023-1257, 2023 WL 3262948

8    (Fed. Cir. May 5, 2023) (affirming Hon. Nathanial Cousins' dismissal with prejudice of Golden's

9    patent infringement claims for failure to state a claim); *see also Golden v. Qualcomm, Inc.*, No.

10   22-CV-03283-HSG, 2023 WL 2530857, at *3 (N.D. Cal. Mar. 15, 2023) (same).

11       In the most recent decision from this District, in a case Golden himself admits is related to

12   this one,[3] the Hon. Haywood S. Gilliam reviewed Golden's complaint asserting patent

13   infringement against Qualcomm, Inc. (under the '287, '439 and '189 Patents asserted here) and

14   dismissed the patent infringement claims with prejudice for failure to adequately or plausibly

15   plead patent infringement. *Golden v. Qualcomm, Inc.*, No. 22-CV-03283-HSG, 2023 WL

16   2530857 (N.D. Cal. Mar. 15, 2023). Similarly, Judge Chhabria dismissed Golden's claims of

17   willful patent infringement against Apple, Inc. that attempted to broadly claim that his patents

18   (including the patents asserted here) covered a range of technologies in smartphones including:

19   CPUs, temperature sensors; cameras; connectivity protocols; biometric authentications; and

20   remote access. *See* Dkt. No. 29 in Case No. 22cv-04152-VC ("The motion to dismiss is granted.

21   The claims asserted in the complaint are frivolous. Even if they were not frivolous, Golden's

22

23   _____

[2] The patents at issue here are United States Patent Nos. 9,096,189 (the "'189 patent"), 9,589,439
24   (the "'439 patent"), and 10,163,287 (the "'287 patent"). The patents have the same specification,
     are each titled "Multi Sensor Detection, Stall to Stop and Lock Disabling System," and address
25   "anti-terrorist detection and prevention systems," specifically, "a chemical/biological/radiological
     detector unit with a disabling locking system for protecting products that can be grouped into
26   several product groupings, from terrorist activity, and also for preventing unauthorized access to
     and tampering with the storage and transport of ordnance and weapons." *See, e.g.*, '189 patent at
27   1:40-45, 3:16-22.

[3] *See* Civil Cover Sheet, Dkt. 1-1, identifying Case No. 22-cv-03283-HSG.
28

1  patent infringement claims against Apple are barred by issue preclusion because they have been

2  fully litigated and decided. *See Golden v. United States*, 156 Fed. Cl. 623 (Fed. Cl. 2021), *aff'd*,

3  *Golden v. United States*, No. 13-cv-00307, 2022 WL 4103287 (Fed. Cir. Sept. 8, 2022)."). That

4  dismissal was recently affirmed by the Federal Circuit. Golden v. Apple Inc., No. 2023-1161,

5  2023 WL 3400595 (Fed. Cir. May 12, 2023). The patent infringement assertions in the Apple

6  case – broad and unspecific claims that Apple's smartphones infringed his patents – are materially

7  similar to the allegations Golden makes against Samsung here. *Compare* Complaint in 22-cv-

8  04152-VC ¶ 85 *with* Complaint in 23-cv-00048-WHO ¶¶ 61-63.[4]

9      Samsung moves to dismiss this case, arguing that the patent infringement claims asserted

10  against it are barred by issue preclusion and the *Kessler* doctrine[5] because Golden asserted the

11  exact same patent infringement claims against Samsung's customer (the United States) over

12  Samsung's products and lost. *See Golden v. United States*, No. 2022-1196, 2022 WL 4103287, at

13  *2 (Fed. Cir. Sept. 8, 2022) (affirming Court of Claims dismissal of suit against the United States

14  based on Samsung and other cellphone manufacturers' infringement of Golden's patents).

15  Samsung also argues that the complaint should be dismissed as frivolous, given the failure to

16  allege how Samsung's products satisfy identified, key limitations in the asserted patents for direct

17  infringement and the failure to allege facts regarding induced or contributory infringement. *See*

18  *generally* Motion to Dismiss, Dkt. No. 7.

19      Golden opposes dismissal and cross-moves for summary judgment, arguing that because

20  he never got to litigate the infringement claims against Samsung on the merits in his Federal Court

21  of Claims case against the federal government (as the Federal Court of Claims dismissed for

22

23  ----

[4] Golden objects Samsung's filing of Statements of Recent Decisions, pointing to the Federal

24  Circuit affirmance of Judges Cousins' and Chhabria's dismissals, and the recent opinion of Judge
Gilliam in Case No. 22-cv-03283. *See* Dkt. Nos. 30, 32 (arguing noticing the recent decisions is

25  unduly prejudicial to Golden under Federal Rule of Evidence 403). The objections are overruled.

26  [5] The *Kessler* doctrine is "separate and distinct" from claim or issue preclusion, and "fills the gap"
left by those doctrines "allowing an adjudged non-infringer to avoid repeated harassment for

27  continuing its business as usual post-final judgment in a patent action" by providing protection
from suits where the challenged devices "in the first and second suits are 'essentially the same,'

28  the 'new' product(s) also acquires the status of a noninfringing device vis-à-vis the same accusing
party or its privies." *See Brain Life, LLC v. Elekta Inc.*, 746 F.3d 1045, 1056 (Fed. Cir. 2014).

1    failure to plausibly allege infringement), he should be allowed to litigate his claims here.  He also

2    argues that the allegations his Complaint here mirror those made against Google in a case where

3    the Federal Circuit reversed the District Court of South Carolina's summary dismissal for failure

4    to adequately plead infringement.  *See* Opposition, Dkt. No. 20, at 5-19 (relying on *Golden v.*

5    *Apple Inc.*, No. 2022-1229, 2022 WL 4103285, at *2 (Fed. Cir. Sept. 8, 2022).

6           Golden was given a full opportunity to litigate his claims *regarding Samsung's products* in

7    his Federal Court of Claims case.  His complaint was dismissed with prejudice, and that dismissal

8    was affirmed by the Federal Circuit.  *See generally Golden v. United States*, 2022 WL 4103287.[6]

9    Traditional principles of preclusion apply to that decision and the *Kessler* doctrine bars Golden's

10   attempt to sweep in newer Samsung products under the identical theories of infringement rejected

11   by the Federal Court of Claims and affirmed by the Federal Circuit.[7]  This case is barred by issue

12   preclusion.

13          Even if preclusion did not apply – and it does – this case must be dismissed for failure to

14   plausibly allege infringement.  Golden asserts that his "Multi Sensor Detection, Stall to Stop and

15   Lock Disabling System" patents were infringed by: (i) "CPU's Samsung uses with its

16   Smartphones"; (ii) Samsung's use of Global Position System (GPS) and web browsers; (iii)

17   Samsung's use of camera lenses; (iv) Samsung's use of biometric data to unlock phones; and (v)

18   Samsung's use of remote unlocking technology.  *See generally* Complaint ¶ 61 & pgs. 19-26; *see*

19   *also id.* pgs. 27-31.  The allegations that his patents cover the identified functionalities included in

20   Samsung's products are wholly unsupported and implausible on their face.

21          Similarly broad and unspecific assertions of infringement against Apple, Intel, and

22   Qualcomm have been dismissed without leave to amend by judges in this District.  *See, e.g.,*

23   *Golden v. Intel Corp.*, No. 22-CV-03828-NC, 2022 WL 17735388, at *2 (N.D. Cal. Nov. 22,

24

25   _____

26   [6]  That the Federal Circuit reversed dismissal of another case where Samsung's patents were not at
     issue, and sent it back to the trial court to allow Golden another opportunity to plead his claims, is
     not relevant to preclusion under traditional principles or under the *Kessler* doctrine in this case.

27   [7]  Golden did not address the *Kessler* doctrine in his opposition and did not attempt to distinguish
     the infringing functionalities of the newer Samsung products from those at issue in the case
28   dismissed by the Federal Court of Claims and affirmed by the Federal Circuit.

United States District Court
Northern District of California

1  2022), *aff'd*, No. 2023-1257, 2023 WL 3262948 (Fed. Cir. May 5, 2023) (dismissing with

2  prejudice because "allegations against Intel are conclusory and contain formulaic recitations of the

3  elements of asserted claims. It is nearly impossible to tell which patents he alleges are being

4  infringed and how. As has been the case in past litigation, Golden has 'failed to include factual

5  allegations beyond the identities of the defendants, reference to the alleged infringing devices, and

6  the alleged infringed-upon patents.'" (quoting *Golden v. Intel Corp*., No. 22-CV-03828-NC, 2022

7  WL 17735388, at *2 (N.D. Cal. Nov. 22, 2022), *aff'd*, No. 2023-1257, 2023 WL 3262948 (Fed.

8  Cir. May 5, 2023)).  The same result is appropriate here.

9      Plaintiff's cross-motion for summary judgment is DENIED.  Samsung's motion to dismiss

10  the complaint without leave to amend is GRANTED.  This case is DISMISSED with prejudice.

11      **IT IS SO ORDERED.**

12  Dated: June 8, 2023

William H. Orrick
United States District Judge

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

Phone (864) 288-5605

Email: atpg-tech@charter.net

<br>

**FILED**

Jun 13 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

---

LARRY GOLDEN,

        Plaintiff,

        V.

SAMSUNG ELECTRONICS
AMERICA, INC.

        Defendants.

CIVIL CASE NO: <u>3:23-cv-00048-WHO</u>

**JURY TRIAL DEMANDED**

**(Direct Patent Infringement), (Induced
and Contributory Patent Infringement),
(Joint Patent Infringement)**

June 12, 2023

---

## PLAINTIFF'S MOTION FOR RECONSIDERATION

Plaintiff is asking this Court to reconsider its Order Granting Defendant's Motion to

Dismiss, Dkt. 36, filed 06/08/2023, and reinstating all of Plaintiff's pending motions.

Under the doctrine of *res judicata*, or claim preclusion, all four (4) elements of the

doctrine must be meet before dismissing a case. Throughout this "motion for reconsideration"

document, Plaintiff quotes supporting authorities and precedence on *res judicata* that suggest the

Court erred in dismissing this case.

As the Supreme Court explained more than 50 years ago in *Lawlor v. National Screen Service Corp.*, 349 U.S. 322 (1955), *res judicata* does not bar a suit, even if it involves the same course of wrongful conduct as alleged earlier, so long as the suit alleges new facts or a worsening of the earlier conditions.

"*Res judicata*" is a phrase covering two forms of preclusion. *Gutierrez v. Lynch*, 826 F.2d 1534, 1537 n.1 (6th Cir. 1987). Typically, and as used in this case, it means claim preclusion: A final judgment on the merits precludes parties from relitigating a claim that was or could have been raised in that action.

The phrase is also used to describe issue preclusion (also known as collateral estoppel), which bars relitigating of a particular issue that has already been decided in an action between the parties. The Trial Court is quoted as saying:

> "Even if preclusion did not apply – and it does – this case must be dismissed for failure to plausibly allege infringement. Golden asserts that his "Multi Sensor Detection, Stall to Stop and Lock Disabling System" patents were infringed by: (i) "CPU's Samsung uses with its Smartphones"; (ii) Samsung's use of Global Position System (GPS) and web browsers; (iii) Samsung's use of camera lenses; (iv) Samsung's use of biometric data to unlock phones; and (v) Samsung's use of remote unlocking technology. See generally Complaint ¶ 61 & pgs. 19-26; see also id. pgs. 27-31. The allegations that his patents cover the identified functionalities included in Samsung's products are wholly unsupported and implausible on their face."

The issue of unsupported "written patent description" has already been raised in the CFC Case No. 13-307C, *Larry Golden v. The United States*; and, in the *Department of Homeland Security v. Larry Golden* Case No. IPR2014-00714:

> "In the Decision to Institute, we construed certain claim terms. Those constructions are reproduced in the chart below. Claim Term Construction "built in, embedded" (claim 74) "something is included within, incorporated into, disposed within,

affixed to, connected to, or mounted to another device, such that it is an integral part of the device" "communication device" (claim 81) "monitoring equipment" Dec. to Inst. 11–16."

"No party challenges these constructions. Both of these terms were modified or removed in the amendment. To the extent that any of these constructions remain relevant after the amendment, we see no reason to modify them."

"We further determined that no explicit construction was necessary for any other claim terms. Dec. to Inst. 10–11. Based on the record adduced during trial, we see no need to construe any other terms."

According to 35 U.S. Code § 101 - Inventions patentable: "Whoever invents or discovers any new and useful process, machine, manufacture, or composition of matter, or any new and useful improvement thereof, may obtain a patent therefor, subject to the conditions and requirements of this title."

Plaintiff invented a communicating, monitoring, detecting, and controlling (CMDC) device that is a new, improve upon, and/or useful cell phone.

Every element the NDC Court described as being "the identified functionalities included in Samsung's products", are illustrated below in Plaintiff's independent claim 23 of Plaintiff's '439 patent. Plaintiff's new, improve upon, and/or useful cell phone has a priority disclosure date at the USPTO of November 17, 2004:

A cell phone comprising:

a ***central processing unit (CPU)*** for executing and carrying out the instructions of a computer program;

a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device;

at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency

(RF) connection, or *GPS connection*;

the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and

whereupon the cell phone is interconnected to the cell phone detection device to *receive signals or send signals to lock or unlock doors*, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device;

at least one of *a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor* capable of being *disposed within, on, upon or adjacent the cell phone*;

wherein at least one of the satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection is capable of signal communication with the transmitter or the receiver;

wherein the cell phone is equipped with a *biometric lock disabler that incorporates at least one of a fingerprint recognition*, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and

whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone.

Plaintiff's patented CMDC devices; CPUs for Plaintiff's CMDC (smartphone) devices; camera lenses for CBRNE detection; fingerprint and facial biometric authentication for unlocking the CMDC devices; and Plaintiff's remote locking and unlocking technology, has already been examined and allowed at the United States Patent and Trademark Office (USPTO).

4

Plaintiff's claimed inventions were issued with the "presumption of validity" by the

USPTO; challenged by the Defendant ("Government") in *Larry Golden v. The United States*

CFC Case No. 13-307C; and again, challenged in the IPR trial in the *Department of Homeland*

*Security v. Larry Golden* Case No. IPR2014-00714.

Therefore, any challenges to the written description of Plaintiff's inventions, or claim

construction of any terms raised, or could have been raised, is now "collateral estoppel". A

challenge now constitutes "*a worsening of the earlier conditions*" and harassment to Plaintiff.


**A claim has "facial plausibility" when the plaintiff pleads "factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged."**

This Court is quoted as saying, "[t]he allegations that his patents cover the identified

functionalities included in Samsung's products are wholly [] implausible on their face."

As indicated in the above section, Plaintiff's complaint contains "sufficient factual matter,

[that when] accepted as true, state a claim to relief that is plausible on its face." *Ashcroft v. Iqbal*,

556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007)).

Plaintiff's claim has "facial plausibility" because Plaintiff pled "enough factual content

that would allow the Court to draw the reasonable inference that the Defendant [Samsung] is

liable for the misconduct alleged."

The Supreme Court has specifically indicated that determining whether a complaint states

a plausible claim for relief under this standard is "a context-specific task that requires the

reviewing Court to draw on its judicial experience and common sense." *Id.* at 679.

The Second Circuit has decided that it is not the District Court's task in reviewing a

motion to dismiss to decide between two plausible inferences that may be drawn from the factual

allegations in the complaint: "A court ruling on such a motion may not properly dismiss a complaint that states a plausible version of the events merely because the court finds a different version more plausible." *Anderson News, L.L.C. v. Am. Media, Inc.*, 680 F.3d 162, 185 (2d Cir. 2012), cert. denied, 133 S. Ct. 846 (2013).

Thus, "[t]he question at the pleading stage is not whether there is a plausible alternative to the Plaintiff's theory [the Court's alternative is the functionalities included in Samsung's products are the inventions of Samsung]; the question is whether there are sufficient factual allegations to make the complaint's claim plausible." *Id.* at 189.

Even after *Twombly* and *Iqbal*, "in determining whether a complaint states a claim that is plausible, the court is required to proceed 'on the assumption that all the [factual] allegations in the complaint are true', even if their truth seems doubtful." *Id.* at 185 (quoting *Twombly*, 550 U.S. at 556).

Because the plaintiff is entitled to the benefit of the doubt, "it is not the province of the court to dismiss the complaint on the basis of the court's choice among plausible alternatives"; rather, "the choice between or among plausible interpretations of the evidence will be a task for the factfinder," assuming that the plaintiff "can present sufficient evidence to support its factual allegations." [1] *Id.* at 190

---

[1]   Plaintiff has presented this Court with enough sufficient evidence to support Plaintiff's alleged literal infringement; infringement under the doctrine of equivalents; induced infringement; contributory infringement; and willful infringement as a result of Samsung's willful blindness. Willful Blindness basically means notice is not required for willful patent infringement.

.

**Relitigating a claim that was or could have been raised in the CFC case.**

The district court concluded, Plaintiff's complaint against Samsung is barred by *res judicata* because it raises the same claims that were previously dismissed by the Court of Federal Claims (CFC) under the Tucker Act's jurisdictional statute. *See Havens v. Mabus*, 892 F. Supp. 2d 303, 310-14 (D.D.C. 2012). "Under the doctrine of *res judicata*, or claim preclusion, a subsequent lawsuit will be barred if there has been prior litigation (1) involving the same claims or cause of action, (2) between the same parties or their privies, and (3) there has been a final, valid judgment on the merits, (4) by a court of competent jurisdiction." *Capitol Hill Grp. v. Pillsbury, Winthrop, Shaw, Pittman, LLC*, 569 F.3d 485, 490 (D.C. Cir. 2009) (quotation marks omitted).

Under the doctrine of *res judicata*, or claim preclusion, all four (4) elements of the doctrine must be meet before dismissing the case. Throughout this "request for reconsideration" document, Plaintiff quotes supporting authorities and precedence on *res judicata* that suggest the Court erred in dismissing this case.

This Court must conclude that *res judicata* does not bar Plaintiff's suit because the CFC dismissal does not constitute a final, valid judgment on the merits, of the same claims or same cause of action, by a court of competent jurisdiction.

The Federal Circuit have previously held that "dismissals for lack of jurisdiction are not decisions on the merits and therefore have no *res judicata* effect on subsequent attempts to bring suit in a court of competent jurisdiction." *Kasap v. Folger Nolan Fleming & Douglas, Inc.*, 166 F.3d 1243, 1248 (D.C. Cir. 1999); *see also Prakash v. Am. Univ.*, 727 F.2d 1174, 1182 (D.C. Cir. 1984) ("A dismissal for lack of subject-matter jurisdiction . . . is not a disposition on the merits and consequently does not have *res judicata* effect."

7

## THE NEW COMPLAINT RAISES CLAIMS THAT COULD NOT HAVE BEEN RAISED IN THE PRIOR LITIGATION

In *Lawlor v. National Screen Service Corp.*, 349 U.S. 322 (1955), "the Supreme Court unanimously reversed the application of *res judicata* where the lower court applied the same reasoning as the district court applied []. There, the plaintiffs brought an antitrust suit that was ultimately dismissed with prejudice. *Id.* at 324. Seven years later, the plaintiffs brought a second antitrust suit against many of the same defendants, alleging the same course of wrongful conduct, which had worsened in the interim. *Id.* at 328. The lower courts applied *res judicata* to bar the second suit. *Id.*"

The Supreme Court reversed, explaining that even though "both suits involved essentially the same course of wrongful conduct," *res judicata* did not apply. *Id.* at 327 (internal quotation marks omitted). The Court noted that "such a course of conduct—for example, an abatable nuisance—may frequently give rise to more than a single cause of action." *Id.* at 327–28.

### The Government, and third-party contractor Samsung, cannot be held liable for inducing or contributing to the infringement of Plaintiff's patents in the U.S. Court of Federal Claims.

On September 17, 2015, the Federal Circuit affirmed the dismissal under 28 U.S.C. § 1498(a) of a patentee's claims for indirect patent infringement against government contractors where the only alleged directed infringement was the Government's purported use of the patented invention. *Astornet Technologies Inc. v. BAE Systems, Inc.*, No. 14-1854 (Fed. Cir. Sept. 17, 2015). The case continued a recent trend of Federal Circuit decisions, including *IRIS Corp. v. Japan Airlines Corp.*, 769 F.3d 1359 (Fed. Cir. 2014) and *Zoltek Corp. v. United States*, 672 F.3d 1309 (Fed. Cir. 2012), holding that § 1498 affords government contractors a wide scope of protection against liability for infringement. *Astornet* makes clear that, in addition to relieving

8

contractors from a broad range of liability for acts of direct patent infringement, § 1498(a) also prevents government contractors from being held liable for inducing or contributing to the government's infringement of a patent.

### The Government, and third-party contractor Samsung, cannot be held liable for willful blindness or willful patent infringement of Plaintiff's patents in the U.S. Court of Federal Claims.

The doctrine of willful blindness applies when [Samsung] seeks to avoid civil liability for the wrongful acts by intentionally keeping itself unaware of facts that would render them liable or implicated. Willful Blindness basically means notice is not required for willful patent infringement.

In 2011, in *Global-Tech Appliances, Inc. v. SEB S.A.*, 131 S. Ct. 2060 (2011) the U.S. Supreme Court ruled that actual knowledge of a patent is not required for inducement to infringe. Willful blindness provided the inducement.

In 2015, in *Suprema v. ITC* (Investigation No. 337-TA-720), the Federal Circuit held that willful blindness is established by (1) a subjective belief of a high probability that a fact exists and (2) deliberate action to avoid learning that fact.

The District Court in this case, and in the other cases Plaintiff has filed in the Northern District of California, is fully aware of the fact; all that's needed to legitimately terminate this case is for Samsung to present to this Court, their patent(s) that covers the products Plaintiff alleges Samsung are infringing.

If Samsung had presented their patents in 2008 for their new, improved upon, and useful cell phone (i.e., smartphone), Samsung would not have to depend on trickery to win this case. This Court erred in not ordering Samsung to produce the patents.

**The Government, and third-party contractor Samsung, are not subject to an injunction and cannot be held liable for punitive damages in the U.S. Court of Federal Claims.**

Injunctive relief is not available as a primary remedy in the Court of Federal Claims. The prospect of government contractors being subject to an injunction would disrupt the government's ability to procure its needed supplies and services *Richmond Screw Anchor Co. v. United States*, 275 U.S. 331, 343 (1928) However, the term "entire" in § 1498(a) bars any option for a patent owner to obtain punitive damages against the government *Motorola, Inc. v. United States*, 729 F.2d 765, 768 n.3 (Fed. Cir. 1984).

## *KESSLER DOCTRINE*

Samsung's interpretation and application of the Kessler Doctrine in this case is completely flawed. First, Samsung cannot apply the doctrine as a manufacturer because in the Claims Court case no. 13-307C Samsung could not be held liable for direct, induce, or contributory infringement, in *Astornet Technologies Inc. v. BAE Systems, Inc.*, No. 14-1854 (Fed. Cir. Sept. 17, 2015) "[t]he case continued a recent trend of Federal Circuit decisions, including *IRIS Corp. v. Japan Airlines Corp.*, 769 F.3d 1359 (Fed. Cir. 2014) and *Zoltek Corp. v. United States*, 672 F.3d 1309 (Fed. Cir. 2012), holding that § 1498 affords government contractors a wide scope of protection against liability for infringement. *Astornet* makes clear that, in addition to relieving contractors from a broad range of liability for acts of direct patent infringement, § 1498(a) also prevents government contractors from being held liable for inducing or contributing to the government's infringement of a patent.

Second, according to the United States ("Government") in the Claims Court case no. 13-307C, the United States ("Government") was never a customer; never "used" the consumer

devices; the consumer devices was never "manufactured for, or by" the Government; and was never manufactured for the benefit of the Government. As a result of this stance, the Claims Court dismissed sixty-one (61) of Plaintiff's seventy-two (72) alleged infringement claims. The Claims Court *ORDER*: Case 1:13-cv-00307-EGB Document 130 Filed 03/29/18:

> "Regarding the "first requirement," private conduct incidentally benefitting the Government does not constitute use "for the benefit of the Government." 10/20/17 Gov't Mot. at 7 (citing *Sheridan v. United States*, 120 Fed. CL 127, 131 (Fed. CL 2015) ("Where benefits to the Government are merely an incidental effect of private conduct, they do not constitute 'use or manufacture for the Government within the meaning of § 1498.")) ..."

> "The Government also argues that the [] Complaint's "allegations relating generally to smartphones and other consumer devices should be dismissed" under RCFC 12(b)(1) and 12(b)(6), because they fail to allege "actual 'use' by the [G]overnment of the various combinations of consumer devices, nor would the [G]overnment's use be plausible." 10/20/17 Gov't Mot. at 16-17."

> "In addition, the [] Complaint "fails to allege that any of these various consumer devices were made for the benefit of the [G]overnment." 10/20/17 Gov't Mot. at 17. The companies referenced in the [] Complaint "manufacture, develop, and commercialize their devices in their own economic self-interest." 10/20/17 Gov't Mot. at 17. Moreover, any benefit that the Government might receive does "not constitute use or manufacture for the Government within the meaning of § 1498."

> "The Government also argues that the [] Complaint's "allegations relating generally to smartphones and other consumer devices should be dismissed" under RCFC 12(b)(1) and 12(b)(6), because they fail to allege "actual 'use' by the [G]overnment of the various combinations of consumer devices, nor would the [G]overnment's use be plausible." 10/20/17 Gov't Mot. at 16-17."

> "The [] Complaint, however, does not allege that the Government's intent to "allow" or "approve" the use of "smartphones and other consumer devices" infringes Plaintiffs patents. Instead, the [] Complaint alleges that the Government's use of these devices in combination with other "devices" or "programs," e.g., the "Cell-All initiative,"

11

infringes Plaintiffs patents. 8/10/17 Am. Compl. ¶¶ 96-97. No factual allegations,
however, support assuming that the Government used or authorized the use of these other
"devices" or "programs" to infringe Plaintiffs patents."

For example, although the [] Complaint alleges that the "LG Electronics GS
Smartphone . . . can be used" by the Government, such an allegation does not support the
conclusion that the Government used or authorized the use of these devices to run the
"Cell-All' initiative." 8/10117 Am. Compl. ¶¶ 96-97. Nor do such allegations imply that
the Government's use of the "LG Electronics GS Smartphone" infringes Plaintiffs
patents..."

For these reasons, the court has determined that the patent infringement
allegations contained in ¶¶ 184-85, 199-200, 235-36, 260-61, 265-66, 270-71, 275-76,
280-81, 285-86, 290-91, 295-96, 300-01, 305-06, and 350-51 of the August 10, 2017 []
***Complaint failed to satisfy Plaintiffs burden to establish jurisdiction under 28 U.S.C. §
1498(a).*** Accordingly, these paragraphs of the Complaint must be dismissed..."

Therefore, the Kessler Doctrine does not apply in this case because it was the Claims
Court's that ordered Plaintiff to litigate against Samsung as a "private entity" while under the
protection of the Government.

According to the Claims Court and the Government, Samsung was never a customer, and
did not appear in the Case to represent itself as a customer. Also, according to the Claims Court
and the Government, Plaintiff never established jurisdiction for the Samsung smartphones under
28 U.S.C. § 1498.

Samsung may argue that the Claims Court later reversed the order. That argument is not a
valid one because the Claims Court never reverse the sixty-one (61) alleged infringement claims
the Claims Court dismissed.

Later, in the Claims Court *OPINION*: Case 1:13-cv-00307-EGB Document 249 Filed
11/10/21, the Court doubled down on its position: "[U]nexplained is how they relate either to the

products ostensibly accused by the complaint or the overarching mystery present in all of

plaintiff's pleadings—how the government is on the hook for the 'private parties' products.

A claim is frivolous when the claim lacks any arguable basis either in law or in fact

*Neitze v. Williams*, 490 U.S. 319, 325 (1989). Ridiculous, absurd, ludicrous, and nonsensical—

these are all words that can be used to describe a frivolous lawsuit.

### *FRIVOLOUSNESS*

Every time, and in every court, the Judge improperly dismisses Plaintiff's patents as

"frivolous", the Judge improperly expands the scope of the Defendants' patents—used to restrain

trade beyond enforcing the exclusive rights that a lawfully obtained patent provides and expands

the scope of the patent beyond its boundaries. Plaintiff refers to the dismissals as a dismissal of

his patents, instead of cases, because the patents are at the core of all Plaintiff's pleadings.

Proving patent infringement in court requires Plaintiff to prove two broad elements:

ownership and validity of the patent(s), and infringement of the patent by the defendant(s).

Proving anti-competitive practices, "tying", and unjust enrichment in court requires Plaintiff to

prove two broad elements: ownership and validity of the patented inventions, and the "use" or

"misuse" of the patented inventions by the defendant(s).

The Trial Court erred in dismissing this current case for "frivolousness" because valid

patents have a place in law and in fact. 35 U.S. Code § 282(a) states In General. "A patent shall

be presumed valid. Each claim of a patent (... independent, dependent, or multiple dependent ...)

shall be presumed valid independently of the validity of other claims". In the District Courts,

invalidity must be proven on the heightened standard of "clear and convincing evidence".

Each time a Judge prematurely dismisses Plaintiff's patents; without reviewing the

Defendant's invalidity contentions; and without a Marksman Hearing/claim construction, the

Judge involves himself/herself in a conspiracy against rights: 18 U.S.C. § 241: "Section 241 makes it unlawful for two or more persons to agree to injure, threaten, or intimidate a person in the United States in the free exercise or enjoyment of any right or privilege secured by the Constitution or laws of the Unites States or because of his or her having exercised such a right." Unlike most conspiracy statutes, §241 does not require, as an element, the commission of an overt act. *Department of Justice* https://www.justice.gov/crt/statutes-enforced-criminal-section#:

The Northern District of California Judges has improperly dismissed Plaintiff's [patents] cases against Samsung, Apple, Intel, and Qualcomm as "frivolous", while overlooking and allowing for the Defendants' "misuse" of their patents.

Samsung collects hundreds of billions of dollars annually in revenues but refuses to pay taxes here in the United States. Apple's "misuse" involves the use of its first *design* patent (2007) as the first *utility* patent for the smartphone. Intel continues to claim the right to exclude others and collects royalties on old, outdated, and expired patents. Qualcomm forces its customers to pay royalties on unpatented products, or products that are patented by the Plaintiff.

The one time the Federal Circuit in *Larry Golden v. Google LLC*; CAFC Case No. 22-1267 issued a decision that Plaintiff's complaint and claim charts are not "facially frivolous" because "Mr. Golden's complaint includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,096,189" ... "Mr. Golden has made efforts to identify exactly how the accused products meet the limitations of his claims in this chart" [vacated and remanded];

The Northern District of California Judges in Samsung, Apple, Intel, and Qualcomm blatantly disrespected the opinion of the Federal Circuit that Plaintiff's [patents] are not "facially frivolous", and reverted back to improperly dismissing Plaintiff's patents as "frivolous";

meaning the patents "lacks any arguable basis either in law or in fact" *Neitze v. Williams*, 490

U.S. 319, 325 (1989). **Exhibit A** illustrates how the decision in *Golden v. Google LLC* is

relevant to the "Samsung products grouped together by common features of design similarities".

It is a claim chart of an alleged Samsung smartphone and Tablet / PC.

Date: *June 11, 2023*

Sincerely,

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

(H) 8642885605

(M) 8649927104

Email: atpg-tech@charter.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 12th day of June, 2023, a true and correct copy of the foregoing "Plaintiff's Motion for Reconsideration", was served upon the following Defendant by priority "express" mail:

Hyun Sik Byun

COVINGTON & BURLING LLP

3000 El Camino Real, 10th Floor

5 Palo Alto Square

Palo Alto, CA 94306

Phone: (650) 632-4707

Email: hbyun@cov.com

Larry Golden, Pro Se

740 Woodruff Rd., #1102

Greenville, South Carolina 29607

atpg-tech@charter.net

864-288-5605

# Exhibit A

# SMARTPHONE COMPARISON BETWEEN THE GOOGLE PIXEL 5 AND THE SAMSUNG GALAXY S21

The Federal Circuit on 09/08/2022, in *Larry Golden v. Google LLC*; Case No. 22-1267 — "VACATED AND REMANDED" the relevant Case No: 22-1267 Document 15; back to the District Court "to be filed and request service of process".

The Federal Circuit determined the complaint, "includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" ... "in a relatively straightforward manner" ... and that the [Circuit] "express no opinion as to the adequacy of the complaint or claim chart except that it is not facially frivolous."

> Three-Judge Panel: "DISCUSSION. 'Under the pleading standards set forth in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), a court must dismiss a complaint if it fails to allege "enough facts to state a claim to relief that is plausible on its face." *Twombly*, 550 U.S. at 570 ... [T]his standard "requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do." *Id.* at 555 (citation omitted). A plaintiff must allege facts that give rise to "more than a sheer possibility that a defendant has acted unlawfully." *Iqbal*, 556 U.S. at 678 (citation omitted) ... this court has explained that a plaintiff ... must plead "'enough fact[s] to raise a reasonable expectation that discovery will reveal' that the defendant is liable for the misconduct alleged."

> "Mr. Golden's complaint includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 ... It [claim chart] attempts [] to map claim limitations to infringing product features, and it does so in a relatively straightforward manner ...[W]e conclude that the district court's decision in the Google case is not correct with respect to at least the three claims mapped out in the claim chart. Mr. Golden has made efforts to identify exactly how the accused products meet the limitations of his claims in this chart...."

1

**CLAIM CHART FOR THE SMARTPHONE COMPARISON BETWEEN
THE GOOGLE PIXEL 5 AND THE SAMSUNG GALAXY S21. THE
GOOGLE PIXEL 5 SPECIFICATIONS AND THE PATENT CLAIMS'
LIMITATIONS FOR THE '287, '439, & '189 PATENTS ARE THE SAME
AS IN *LARRY GOLDEN v. GOOGLE LLC*; CAFC CASE NO. 22-1267**

| Google Pixel 5 Smartphone | Samsung Galaxy S21 Smartphone | Patent #: 10,163,287; Independent Claim 5 | Patent #: 9,589,439; Independent Claim 23 | Patent #: 9,096,189; Independent Claim 1 |
|---|---|---|---|---|
|  |  | A monitoring device, comprising: | A cell phone comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: |
| CPU: Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) System-on-a-chip: Qualcomm Snapdragon 765G | CPU: Octa-core (1x2.84 GHz Cortex-X1 & 3x2.42 GHz Cortex-A78 & 4x1.80 GHz Cortex-A55) - USA/China. Chipset: Qualcomm SM8350 Snapdragon 888 5G (5 nm). OS: Google Android 11, upgradable to Android 13 Modem: Snapdragon® X60 5G Modem-RF System. | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices; |

| | | | | |
|---|---|---|---|---|
| Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. | Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X |
| Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | at least one motion sensor in communication with the at least one CPU; | X | X |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6.2 inches flexible OLED display at 421 ppi | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X |

| | | | | |
|---|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct. Bluetooth 5.0, A2DP, LE. NFC, GPS, GLONASS, BDS, GALILEO. Nano-SIM and eSIM or Dual SIM | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct. Bluetooth 5.0, A2DP, LE. NFC, GPS, GLONASS, BDS, GALILEO. Nano-SIM and eSIM or Dual SIM | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein at least one of... WiFi connection, internet connection, radio frequency (RF) connection, cellular connection... capable of signal communication with the transmitter or the receiver; | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group... of satellite, Bluetooth, WiFi... |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct. Bluetooth 5.0, A2DP, LE. NFC, GPS, GLONASS, BDS, GALILEO. Nano-SIM and eSIM or Dual SIM | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a... Bluetooth connection, WiFi connection, internet connection... cellular connection... short range radio frequency (RF) connection, or GPS connection; | X |

| | | | | |
|---|---|---|---|---|
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | X |
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | Samsung USB-C Cable lets you charge your USB-C device as well as sync your data to your smartphone | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X | X |

5

| | | | | |
|---|---|---|---|---|
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween... |

| | | | | |
|---|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct. Bluetooth 5.0, A2DP, LE. NFC, GPS, GLONASS, BDS, GALILEO. Nano-SIM and eSIM or Dual SIM | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU... | X | X |

7

| | | | | |
|---|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or... detect at least one of a chemical biological... agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems |

8

| | | | |
|---|---|---|---|
| *Android Team Awareness Kit,* ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit,* ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; |
| *Android Team Awareness Kit,* ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit,* ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X |

9

# PLAINTIFF'S ILLUSTRATIVE SUPPLEMENTAL CLAIM CHART FOR PATENT INFRINGEMENT

Below, is an illustrative claim chart of how the Samsung Galaxy Book2 Pro 360 PC / Tablet directly infringes claim 5 of Plaintiff's '287 patent, and claim 1 of Plaintiff's '189 patent.

Also, the chart illustrates how Intel® Core™ i5-1235U / Intel® Core™ i7-1255U CPU contributes to the infringement of the Samsung Galaxy Book2 Pro 360 PC / Tablet, and has "no substantial non-infringing use". Plaintiff's CPU is referenced in 12 limitations of claim 5 of Plaintiff's '287 patent. Every claim limitation is covered.

| Samsung Galaxy Book2 Pro 360 [PC Mode or Tablet Mode] | Patent #: 10,163,287; Indep. Claim 5 | Patent #: 9,096,189; Independent Claim 1 |
|---|---|---|
|  This "*doctrine of equivalent*" element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claim. | A monitoring device, comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: |
| CPU: Intel® Core™ i5-1235U / Intel® Core™ i7-1255U. Processor Speed 1.3GHz / 1.7 GHz. Clock 900 - 4400 MHz / 1200 - 4700 MHz. L1 Cache 928 KB / 928 KB. Cores 10 / 10. Threads 12 / 12. Preinstalled Operating System Windows 11 Home<br><br>This "*doctrine of equivalent*" element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claims.<br><br>*Contributory infringement*: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360 | at least one central processing unit (CPU); | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices; |

| | | |
|---|---|---|
| Technical Specifications: CPU Temperature Sensor reached 99° C. Surface temperature: W,A,S,D Keys - 42.1 °C, Keyboard Middle - 44.1 °C, Palm Rest - 37.0 °C<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360 | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X |
| With the infrared sensor the device can detect motion by measuring the infrared (IR) light radiating from objects in its field of view<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360 | at least one motion sensor in communication with the at least one CPU; | X |
| Available in two screen sizes (13.3" and 15.6"). Plus, the screen automatically adapts to any lighting environment, so it's easy on the eyes, thanks to a 1MM:1 contrast ratio<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360 | at least one viewing screen for monitoring in communication with the at least one CPU; | X |
| GPS: If you turn on satellite-based GPS, your tablet can find your exact position. Microsoft Windows 11 has added a location services feature that uses IP addresses and Wi-Fi positioning to predict your location.<br><br>This ***"doctrine of equivalent"*** element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claim.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360 | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; |

| | | |
|---|---|---|
| High speed internet and Microsoft account required for Windows 11 Home and Windows 11 Pro.  Networking: 802.11ax (Wi-Fi 6E), Bluetooth Standard: Bluetooth 5.0<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360 | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group... of satellite, Bluetooth, WiFi... |
| Networking: Bluetooth Standard: Bluetooth 5.0. 802.11ax (Wi-Fi 6E),<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360 | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | X |
| Galaxy Book2 Pro 360 Specs: The Galaxy Book2 Pro keyboard has an NFC connection spot. Tapped the Galaxy phone on the spot to make contact; then used the Samsung Flow phone software to lock and unlock the tablet using the phone's fingerprint scanner.<br><br>Windows Hello face authentication utilizes a camera specially configured for near infrared (IR) imaging to authenticate and unlock.<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360 | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | X |

| | | |
|---|---|---|
| Samsung's Super-Fast Charging-enabled 65W AC adapter in the box. It can deliver "8 hours" of battery life in just 30 minutes of charging. The Galaxy Book2 Pro 360 averaged around 10 hours 30 minutes on a full charge.<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: The CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360 and is capable of carrying out the functional and operational instructions of the PC. | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X |
| Samsung's Biometric Sensors. Fingerprint Reader. Windows Hello face authentication utilizes a camera specially configured for near infrared (IR) imaging to authenticate and unlock.<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360 | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use |
| Intel's Loihi Neuromorphic Chip to Learn and Recognize the Scents of 10 Hazardous Chemicals compatible with the Galaxy Book2 Pro 360<br><br>This ***"doctrine of equivalent"*** element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claim.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360<br><br>***Induced infringement***: requires not 'only knowledge of the patent' but also 'proof the defendant knew the [induced] acts were infringing.'" *DSU Med. Corp. v. JMS Co.*, 471 F.3d 1293, 1305 (Fed. Cir. 2006) Notice to Appear sent to Samsung in *Golden v. USA* Case 13-307C | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween... |

13

| | | |
|---|---|---|
| Intel's Loihi Neuromorphic Chip to Learn and Recognize the Scents of 10 Hazardous Chemicals compatible with the Galaxy Book2 Pro 360<br><br>This *"doctrine of equivalent"* element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claim.<br><br>*Contributory infringement*: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360<br><br>*Induced infringement*: requires not 'only knowledge of the patent' but also 'proof the defendant knew the [induced] acts were infringing.'" *DSU Med. Corp. v. JMS Co.*, 471 F.3d 1293, 1305 (Fed. Cir. 2006) Notice to Appear sent to Samsung in *Golden v. USA* Case 13-307C | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; |
| The Galaxy Book2 Pro keyboard has a Near Field Communications (NFC) connection spot. Briefly tapped the Galaxy phone on the spot to make contact<br><br>*Literal Infringement*: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>*Contributory infringement*: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360 | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X |
| Intel's Loihi Neuromorphic Chip to Learn and Recognize the Scents of 10 Hazardous Chemicals compatible with the Galaxy Book2 Pro 360<br><br>*Literal Infringement*: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>*Contributory infringement*: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360<br><br>*Induced infringement*: requires not 'only knowledge of the patent' but also 'proof the defendant knew the [induced] acts were infringing.'" *DSU Med. Corp. v. JMS Co.*, 471 F.3d 1293, 1305 (Fed. Cir. 2006) Notice to Appear sent to Samsung in *Golden v. USA* Case 13-307C | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building… or… detect at least one of a chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; |

14

| | | |
|---|---|---|
| The Galaxy Book2 Pro keyboard has a Near Field Communications (NFC) connection spot. Briefly tapped the Galaxy phone on the spot to make contact; then used the Samsung Flow phone software to lock and unlock the Galaxy Book2 Pro tablet using the phone's fingerprint scanner from across the room.<br><br>Intel's Loihi Neuromorphic Chip to Learn and Recognize the Scents of 10 Hazardous Chemicals compatible with the Galaxy Book2 Pro 360<br><br>This "*doctrine of equivalent*" element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claim.<br><br>**Contributory infringement**: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360 | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems |
| High speed internet and Microsoft account required for Windows 11 Home and Windows 11 Pro. Networking: 802.11ax (Wi-Fi 6E), Bluetooth Standard: Bluetooth 5.0<br><br>**Literal Infringement**: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>**Contributory infringement**: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360 | X | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; |

### Intel contributed to the infringement of Plaintiff's patented new and improved upon PC

| | |
|---|---|
| Intel's Loihi Neuromorphic Chip to Learn and Recognize the Scents of 10 Hazardous Chemicals. Below: Intel Labs' Nabil Imam holds a Loihi neuro-morphic chip in his Santa Clara, California, neuro-morphic computing lab. (Walden Kirsch/Intel Corp) |  |
| Intel and Cornell trained Intel's Loihi neuromorphic chip to learn and recognize the scents of 10 hazardous chemicals … the activity of 72 chemical sensors in response to these smells and configured the circuit diagram of biological olfaction on Loihi. The chip quickly learned the neural representation of each of the smells and each odor. | <br>Intel's Loihi 2 Neuromorphic Chip |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GOLDEN,<br><br>   Plaintiff,<br><br> v.<br><br>SAMSUNG ELECTRONICS AMERICA,<br>INC.,<br><br>   Defendant. | Case No. <u>23-cv-00048-WHO</u><br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 38 |

Plaintiff Larry Golden's motion for reconsideration of my order dismissing this case with prejudice is DENIED. As judgment was entered in this case within the last 28 days, Golden's motion is construed as a motion to amend or alter the judgment under Federal Rule of Civil Procedure 59(e).[1] Golden does not offer any evidence, legal authority, or arguments that were not raised at the motion to dismiss stage. Instead, he argues that I got it wrong when I dismissed this case based on preclusion and because he was unable to plausibly allege his patent infringement claims. Seeing no manifest error or manifest injustice to Golden, his motion is denied and he may raise his complaints regarding my ruling to the Federal Circuit on appeal.

**IT IS SO ORDERED.**

Dated: June 15, 2023

William H. Orrick
United States District Judge

---

[1] "There are four grounds upon which a Rule 59(e) motion may be granted: 1) the motion is 'necessary to correct manifest errors of law or fact upon which the judgment is based;' 2) the moving party presents 'newly discovered or previously unavailable evidence;' 3) the motion is necessary to 'prevent manifest injustice;' or 4) there is an 'intervening change in controlling law.'" *Turner v. Burlington N. Santa Fe R. Co.*, 338 F.3d 1058, 1063 (9th Cir. 2003) (quoting *McDowell v. Calderon*, 197 F.3d 1253, 1254 n. 1 (9th Cir.1999)).

# UNITED STATES COURT OF FEDERAL CLAIMS

## IN

## LARRY GOLDEN v. SAMSUNG ELECTRONICS AMERICA, INC.

## CASE NUMBER: CAFC CASE NO. 23-2120

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF-APPELLANT'S CORRECTED
### INFORMAL APPENDIX OF RELATIVE CHARTS

### Consolidated Claim Charts

[Pg.02] Exhibit A: Duplicate of Claim Chart submitted in *Golden v. Google LLC*

[Pg.12] Exhibit B: DoD DTRA ATAK Multi-Sensor Detection System—CBRN

[Pg.17] Exhibit C: Google, Apple, Samsung, LG, & Qualcomm Comparison

[Pg.31] Exhibit D: Google Pixel 5 and Apple iPhone 12 Comparison

[Pg.43] Exhibit E: Google Pixel 5 and Samsung Galaxy S21 Comparison

[Pg.52] Exhibit F: Google Pixel 5 and LG V60 ThinQ 5G Comparison

[Pg.61] Exhibit G: Google Pixel 5 and Asus-Qualcomm Comparison

[Pg.70] Exhibit H: Samsung Galaxy Book2 Pro 360 PC / Tablet

[Pg.77] Exhibit I: Hewlett Packard (HP) ZBook Fury G8 Mobile Workstation PC

[Pg.84] Exhibit J: Asus-Qualcomm Smartphone for Snapdragon Insiders

1

# Exhibit A

## DUPLICATE OF THE CLAIM CHART SUBMITTED IN
## GOLDEN v. GOOGLE, LLC

The Federal Circuit on 09/08/2022, in *Larry Golden v. Google LLC*; Case No. 22-1267 — "VACATED AND REMANDED" the relevant Case No: 22-1267 Document 15; back to the District Court "to be filed and request service of process".

The Federal Circuit determined the complaint, "includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189" ... "in a relatively straightforward manner" ... and that the [Circuit] "express no opinion as to the adequacy of the complaint or claim chart except that it is not facially frivolous."

Three-Judge Panel: "DISCUSSION. 'Under the pleading standards set forth in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), a court must dismiss a complaint if it fails to allege "enough facts to state a claim to relief that is plausible on its face." *Twombly*, 550 U.S. at 570 ... [T]his standard "requires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do." *Id.* at 555 (citation omitted). A plaintiff must allege facts that give rise to "more than a sheer possibility that a defendant has acted unlawfully." *Iqbal*, 556 U.S. at 678 (citation omitted) ... this court has explained that a plaintiff ... must plead "'enough fact[s] to raise a reasonable expectation that discovery will reveal' that the defendant is liable for the misconduct alleged."

"Mr. Golden's complaint includes a detailed claim chart mapping features of an accused product, the Google Pixel 5 Smartphone, to independent claims from U.S. Patent Nos. 10,163,287, 9,589,439, and 9,069,189 ... It [claim chart] attempts [] to map claim limitations to infringing product features, and it does so in a relatively straightforward manner ...[W]e conclude that the district court's decision in the Google case is not correct with respect to at least the three claims mapped out in the claim chart. Mr. Golden has made efforts to identify exactly how the accused products meet the limitations of his claims in this chart...."

3

## CLAIM CHART FOR GOOGLE PRODUCTS

The following Claim Chart is an illustration of literal infringement. At least one of the alleged infringing products of Google (i.e., Google Pixel smartphones 4a, 4a(5G), 5, 6, 6a, 7, & 7a) are representative of all the alleged infringing products of Google asserted in this complaint. At least one of the alleged infringing products of Google (Google Pixel 5) is illustrated to show how the Google Pixel 5 allegedly infringes on at least one of the asserted independent claims of each of the patents-in-suit ('287, '439, and '189 patents).

| Google Pixel 5 Smartphone | Patent #: 10,163,287; Independent Claim 5 | Patent #: 9,589,439; Independent Claim 23 | Patent #: 9,096,189; Independent Claim 1 |
|---|---|---|---|
|  | A monitoring device, comprising: | A cell phone comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: |
| CPU: Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) System-on-a-chip: Qualcomm Snapdragon 765G | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices; |

| | | | |
|---|---|---|---|
| Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X |
| Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | at least one motion sensor in communication with the at least one CPU; | X | X |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; |

| | | | |
|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein at least one of… WiFi connection, internet connection, radio frequency (RF) connection, cellular connection… capable of signal communication with the transmitter or the receiver; | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group… of satellite, Bluetooth, WiFi… |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a… Bluetooth connection, WiFi connection, internet connection… cellular connection… short range radio frequency (RF) connection, or GPS connection; | X |
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.  Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | X |

| | | | |
|---|---|---|---|
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X | X |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween… |

| | | | |
|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X | X |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.  *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect at least one of a chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;  a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; |

| | | | |
|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; |

| | | | |
|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X |

## DoD DTRA ATAK Smartphone Port for CBRN Plug-Ins



**Google Android and Apple iOS are "Native" to the OEMs (i.e., Google, Samsung, LG, Qualcomm, and Apple) manufacture of the smartphones.**

**Blueforce Plugin Series: CBRNE and HAZMAT Response**

The DuraForce Ultra 5G
(CBRN purpose-built *plugins* for smartphones)



The ALTAIR 5X Gas Detector
(Google Android and Apple iOS)



The MSA Altair 4XR Multi-Gas Detector
(Google Android and Apple iOS)



The Thermo RadEye™ PRD Radiation Detector
(Google Android only)



# Exhibit B

## DoD DTRA ATAK Multi-Sensor Detection System—CBRN

| DoD/DTRA ATAK CBRN Sensors for the Google Pixel 5 Smartphone | Patent #: 9,589,439; Independent Claim 19 | Patent #: 9,096,189; Independent Claim 7 |
|---|---|---|
|  With DTRA … ATAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | A multi-sensor detection system for detecting at least one explosive, nuclear, contraband, chemical, biological, human, radiological agent, or compound, comprising: | A multi-sensor detection system for detecting at least one explosive, nuclear, contraband, chemical, biological, human, or radiological agents and compounds, comprising: |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) With DTRA … ATAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins.<br><br>The Defense Threat Reduction Agency (DTRA) CBRN ISA: Seamlessly integrates information and control of multiple sensors into a single dashboard, making it easier to detect CBRN threats and monitor a warfighter's vitals https://thelastmile. gotennapro.com/four-useful-atak-app-plugins/ | a plurality of sensors for detecting at least one chemical, biological, radiological, explosive, nuclear, human, or contraband agent or compound, capable of being disposed within, on, upon or adjacent a multi-sensor detection device; | a plurality of sensors for detecting at least one chemical, biological, radiological, explosive, nuclear, human or contraband agents and compounds and capable of being disposed within, on, upon or adjacent a multi sensor detection device; |
| ATAK (including CivTAK) is an Android smartphone [i.e., Google smartphone] geospatial infrastructure and situational awareness app https://www.civtak. org/atak-about/. ATAK can be downloaded to a phone, tablet, or handheld device. ATAK is a government-off-the-shelf app for Android smartphones. The mobile broadband 4G LTE connection is able to facilitate the data throughput required for the operation of the ATAK. https://apps. dtic.mil/ sti/pdfs/AD1069441.pdf | monitoring equipment comprising at least one of a computer, personal computer (PC), laptop, notebook PC, handheld, cell phone, personal digital assistant (PDA) or smart phone for at least one of a receipt or transmission of signals therebetween; | monitoring equipment comprising at least one of plurality product groups based on the categories of a computer, laptop, notebook, PC, handheld, cell phone, PDA or smart phone for the receipt and transmission of signals therebetween; |

| | | |
|---|---|---|
| The Google phone connects to a cell tower or base station via radio waves, and that tower is usually physically connected to the infrastructure to send that data wherever it needs to go. Draper designed a chemical, biological, radiological and nuclear (CBRN) Plugin to enable users to integrate CBRN sensors into TAK, collect CBRN sensor data, display it on a map and livestream it across the TAK network to other users. CBRN plugins for ATAK, WinTAK and WebTAK are operational in the field. https://www.draper.com/explore-solutions/tak | at least one cell phone tower interconnected to the monitoring equipment for sending signals thereto and receiving signals therefrom or at least one satellite capable of transmitting signals to the monitoring equipment; | at least one cell phone tower interconnected to the monitoring equipment for sending signals thereto and receiving signals therefrom or at least one satellite capable of transmitting signals to the monitoring equipment; |
| The Android-based [Google] smartphone[s] now contained integrated satellite on-the move capability, on-the-move mapping solutions, and a commercial laser range finder that significantly expanded the end-user range data flow and functionality. The Primary, Alternate, Contingency, and Emergency (PACE) communications architectures established was: • Primary communications structure (P): ATAK—4G/LTE; Antenna: international [] satellite (INMARSAT) https://apps.dtic.mil/sti/pdfs/AD1069441.pdf | at least one satellite or at least one cell phone tower capable of signal communication between the multi-sensor detection device and the monitoring equipment; | at least one satellite or at least one cell phone tower capable of signal communication between the multi sensor detection device and the monitoring equipment; |
| The internet connection is shared by many ATAK functions on the Google Pixel 5 smartphone such as internet browsing, receiving email messages and installing apps. Wi-Fi is a method for devices such as the Google Pixel 5 smartphone to connect wirelessly to the Internet using radio waves. | at least one internet connection capable of communication between the multi-sensor detection device and the monitoring equipment; | at least one internet connection capable of communication between the multi sensor detection device and the monitoring equipment; |

| | | |
|---|---|---|
| Sit(x) is a commercial Server-as-a-Service solution based on the TAK platform developed by PAR Government for the U.S. Defense & Intelligence Community. Sit(x) has real-time communication and information sharing. With Sit(x), individuals and teams can communicate via personal computers and handheld mobile [Google smartphone] devices by voice or text. They can share real-time full-motion video (FMV), airborne/drone imagery, GPS locations, photos, and satellite imagery. Fully secure and compatible with ATAK, WinTAK, and iTAK. Sit(x) accessed via free downloadable gateway apps. | whereupon a signal sent to a receiver of the multi-sensor detection device from a satellite; or to a cell phone tower; or through at least one of a short-range radio frequency or a long-range radio frequency; causes a signal to be sent to the monitoring equipment that includes at least one of location data or sensor data; | whereupon a signal sent to a receiver of the multi sensor detection device from a satellite; or to a cell phone tower; or through short and/or long-range radio frequency; causes a signal to be sent to the monitoring equipment that includes location data and sensor data; |
| The '439 & '189 patent specs: Product grouping (PG) 1 (storage & transportation); PG 2 (sensors); PG 3 (detector case; modified and adapted); PG 4 (monitoring & communication devices); PG 5 (communication methods); PG 6 (biometrics); and, PG 7 (authorized person) | wherein the monitoring equipment or multi-sensor detection device receives a signal via any of one or more products of any product grouping categories; | wherein the monitoring equipment or multi sensor detection device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; |
| The Android-based [Google] smartphone[s] now contained integrated satellite ...<br><br>Wi-Fi is a method for devices such as the Google Pixel 5 smartphone to connect wirelessly to the Internet using radio waves...<br><br>The internet connection is shared by many ATAK functions on the Google Pixel 5 smartphone such as internet browsing, receiving email messages; installing apps...<br><br>The Google phone connects to a cell tower or base station via radio waves, and that tower is usually physically connected to the infrastructure to send that data wherever it needs to go. | wherein at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency connection, or short-range radio frequency (RF) connection is capable of signal communication with the transmitter, a receiver of the monitoring equipment, the multi-sensor detection device, or transceivers of the products; | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the monitoring equipment or multi sensor detection device and transceivers of the products; |

| | | |
|---|---|---|
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris).<br><br>ATAK (including CivTAK) is an Android smartphone [i.e., Google smartphone] geospatial infrastructure and situational awareness app https://www.civtak.org/atak-about/. ATAK can be downloaded to a phone, tablet, or handheld device. | wherein the monitoring equipment is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan or signature such that the monitoring device that is at least one of the computer, the laptop, the notebook, the PC, the handheld, the cell phone, the PDA, or the smart phone is locked by the biometric lock disabler to prevent unauthorized use; | wherein the monitoring equipment is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the monitoring device that is at least one of the computer, the laptop, the notebook, the PC, the handheld, the cell phone, the PDA, or the smart phone is locked by the biometric lock disabler to prevent unauthorized use; |
| The Android-based [Google] smartphone[s] now contained integrated satellite …<br><br>Wi-Fi is a method for devices such as the Google Pixel 5 smartphone to connect wirelessly to the Internet using radio waves…<br><br>The internet connection is shared by many ATAK functions on the Google Pixel 5 smartphone such as internet browsing, receiving email messages; installing apps…<br><br>The Google phone connects to a cell tower or base station via radio waves, and that tower is usually physically connected to the infrastructure to send that data wherever it needs to go. | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group consisting of satellite, Bluetooth, WiFi, internet, radio frequency (RF), cellular, broadband, long range radio frequency, and short-range radio frequency (RF). | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group consisting of satellite, Bluetooth, WiFi, internet, radio frequency (RF), cellular, broadband, and long and short-range radio frequency (RF). |

# Exhibit C

**INCLUDED IN FEDERAL CIRCUIT INFORMAL BRIEF
IN GOLDEN v GOOGLE**

❖ **BIOMETRICS**: Biometric factors allow for secure authentication on the ***Android platform***. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris).

❖ **DISABLING LOCK MECHANISM**: ***Google's Android operating system*** features a lock mechanism to secure your phone, known as pattern lock. When setting the pattern, you must drag your finger along lines on the screen between different nodes. Afterward, to unlock the phone, you'll need to replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account. If you can't log in, you'll have to employ some other methods to restore control of your phone.

❖ **CHEMICAL, BIOLOGICAL, RADIOLOGICAL, AND NUCLEAR (CBRN) DETECTION:** Through collaboration and innovation, the Defense Threat Reduction Agency has integrated its powerful, hazard-awareness-and-response tools into the *Android Tactical Assault Kit (or the Android Team Awareness Kit, ATAK)*. ATAK is a digital application available to warfighters throughout the DoD. Built on the ***Android operating system,*** ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins.

❖ **HEART RATE**: *Android Team Awareness Kit, ATAK* provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents.

❖ **NEAR FIELD COMMUNICATION (NFC)**: Pixel™, Phone by Google - Turn NFC on/off. ***Near Field Communication (NFC)*** allows the transfer of data between devices that are a few centimeters apart, typically back-to-back. NFC must be turned on for NFC-based apps (e.g., Tap to Pay) to function correctly. NFC is a set of short-range wireless technologies, typically requiring a distance of 4cm or less to initiate a connection. NFC allows you to share small payloads of data between an NFC tag and an Android-powered device, or between two Android-powered devices. Tags can range in complexity.

❖ **WARFIGHTERS**: The U.S. armed forces and their interagency and coalition partners value *Android Team Awareness Kit, ATAK* and the common operating picture it provides. DTRA continues to develop ***CBRN-specific plug-in capabilities*** to support warfighters on the battlefield.

| Google Pixel 5 Smartphone | Apple iPhone 12 Smartphone | Samsung Galaxy S21 Smartphone | LG V60 ThinQ 5G | Asus / Qualcomm Smartphone for Snapdragon Insiders |
|---|---|---|---|---|
|  |  |  |  |  |
| **Chipset:** Qualcomm Snapdragon 765G **CPU:** Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) **OS:** Google Android 11, upgradable to Android 13. **Modem:** Snapdragon® X52 5G Modem-RF System. | **Chipset:** Apple A14 Bionic (5 nm). **CPU:** Hexa-core (2x3.1 GHz Firestorm + 4x1.8 GHz Icestorm). **OS:** iOS 14.1, upgradable to iOS 16.1 **Modem:** Qualcomm's Snapdragon X55 5G modem | **Chipset:** Qualcomm SM8350 Snapdragon 888 5G (5 nm). **CPU:** Octa-core (1x2.84 GHz Cortex-X1 & 3x2.42 GHz Cortex-A78 & 4x1.80 GHz Cortex-A55) - USA/China. **OS:** Google Android 11, upgradable to Android 13 **Modem:** Snapdragon® X60 5G Modem-RF System. | **Chipset:** Qualcomm SM8250 Snapdragon 865 5G (7 nm+). **CPU:** Octa-core (1x2.84 GHz Cortex-A77 & 3x2.42 GHz Cortex-A77 & 4x1.80 GHz Cortex-A55). **OS:** Google Android 10, upgradable to Android 13 **Modem:** Qualcomm's Snapdragon X55 5G modem | **Chipset:** Qualcomm SM8350 Snapdragon 888 5G (5 nm) **CPU:** Octa-core (1x2.84 GHz Cortex-X1 & 3x2.42 GHz Cortex-A78 & 4x1.80 GHz Cortex-A55). **OS:** Google Android 11. **Modem:** Snapdragon® X60 5G Modem-RF System. |
| Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. | Temperature sensors located within; the sensors monitor the battery and processor's temperature. In extreme temperatures (hot or cold), these sensors shut down the device to prevent damage | Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. | Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. | Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. |

| | | | | |
|---|---|---|---|---|
| Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Accelerometer (gravity sensor) supported by the iOS platform. Accelerometer/ Motion sensor: This sensor helps the screen automatically switch from landscape to portrait modes and back again based on whether you're holding the phone vertically or horizontally. | Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | Adjusts the screen brightness for current light conditions using the built-in ambient light sensor. Screen: 6.1" Super Retina XDR (OLED). Lock the screen orientation so that it doesn't change when the iPhone is rotated. | Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6.2 inches flexible OLED display at 421 ppi | Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6.8 inches, 109.8 cm2 OLED display at 395 ppi density | Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6.78 inches, 109.5 cm$^2$ OLED display at 395 ppi density |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct. Bluetooth 5.0, A2DP, LE. NFC, GPS, GLONASS, BDS, GALILEO. Nano-SIM and eSIM or Dual SIM | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct, DLNA. Bluetooth 5.1, A2DP, LE, aptX HD. NFC, GPS, GPS, GLONASS, Galileo, BDS. Single SIM (Nano-SIM) or Hybrid Dual SIM (Nano-SIM, dual stand-by) | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/ 6e, dual-band, Wi-Fi Dir. Bluetooth: 5.2, A2DP, LE, aptX HD, aptX Adaptive. NFC, GPS, GLONASS, BDS, Galileo, QZSS, Dual SIM (Nano-SIM, dual stand-by) |

| | | | | |
|---|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct. Bluetooth 5.0, A2DP, LE. NFC, GPS, GLONASS, BDS, GALILEO. Nano-SIM and eSIM or Dual SIM | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct, DLNA. Bluetooth 5.1, A2DP, LE, aptX HD. NFC, GPS, GPS, GLONASS, Galileo, BDS. Single SIM (Nano-SIM | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, dual-band, Wi-Fi Dir. Bluetooth: 5.2, A2DP, LE, aptX HD, aptX Adaptive. NFC, GPS, GLONASS, BDS, Galileo, QZSS, Dual SIM (Nano-SIM, dual stand-by) |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct. Bluetooth 5.0, A2DP, LE. NFC, GPS, GLONASS, BDS, GALILEO. Nano-SIM and eSIM or Dual SIM | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct, DLNA. Bluetooth 5.1, A2DP, LE, aptX HD. NFC, GPS, GPS, GLONASS, Galileo, BDS. Single SIM (Nano-SIM | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, dual-band, Wi-Fi Dir. Bluetooth: 5.2, A2DP, LE, aptX HD, aptX Adaptive. NFC, GPS, GLONASS, BDS, Galileo, QZSS, Dual SIM (Nano-SIM, dual stand-by) |
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Apple's iOS operating system features a lock mechanism to secure your phone. After multiple failed attempts to unlock the phone, the phone locks and is disabled (made unavailable).<br><br>Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID or enter a passcode. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. |

21

| | | | |
|---|---|---|---|
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | USB-A to Lightning cable or the newer USB-C to Lightning cable with your iPhone. The MagSafe Battery Pack makes on-the-go, wireless charging easy and reliable—just attach it to your iPhone | Samsung USB-C Cable lets you charge your USB-C device as well as sync your data to your smartphone | UrbanX USB-C to USB 3.1 Adapter, USB-C Male to USB-A Female, Uses USB OTG Technology, Compatible with LG V60 ThinQ 5G | ASUS / Qualcomm Smartphone for Snapdragon Insiders Dual Port 32GB USB Type C Memory Stick; 32GB USB Type-C flash drive; Features USB Type-C connector and a traditional USB connector. |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | Apple's iOS operating system allows for Face ID authentication with the iPhone 12. The phone also features a lock mechanism to secure your phone. After multiple failed attempts to unlock the phone, the phone locks and is disabled (made unavailable).<br><br>Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID, Touch ID, or enter a passcode. | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). |

| | | | | |
|---|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) provides an interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) is a digital application available to warfighters throughout the DHS / DoD. iTAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, iTAK includes chemical, biological, radiological and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |

23

| | | | | |
|---|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct. Bluetooth 5.0, A2DP, LE. NFC, GPS, GLONASS, BDS, GALILEO. Nano-SIM and eSIM or Dual SIM | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct, DLNA. Bluetooth 5.1, A2DP, LE, aptX HD. NFC, GPS, GPS, GLONASS, Galileo, BDS. Single SIM (Nano-SIM | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/ 6e, dual-band, Wi-Fi Dir. Bluetooth: 5.2, A2DP, LE, aptX HD, aptX Adaptive. NFC, GPS, GLONASS, BDS, Galileo, QZSS, Dual SIM (Nano-SIM, dual stand-by) |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID, or enter a passcode.<br><br>*iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) provides an interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies |

| | | | | |
|---|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID-Touch ID or enter a passcode.<br><br>*iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) provides an interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) is a digital application available to warfighters throughout the DHS / DoD. iTAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, iTAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |

25

| | | | | |
|---|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) is a digital application available to warfighters throughout the DHS / DoD. iTAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, iTAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. |

*Figure 1*

**Google's "use" of Plaintiff's Patented Central Processing Units (CPUs)**

"[T]he Accused Products (i.e., Google, Apple, Samsung, LG, and Asus/Qualcomm smartphones) , which are "computers" (i.e., cell phones, computer tablets, and laptops), include components of a memory, a display, and a *processor*" … "[w]hen in use, the "Find My Device" pre-loaded onto the Accused Product uses a *processor*" … "[t]he "Find My Device" feature displays [] information through a *processor* using data stored in the device's memory" … "[t]he LG Support Page lays out in a step-by-step process how to correctly remotely log in to the *processor* to access [] lock the device" … *See Carolyn Hafeman v. LG Electronics Inc.*

In the above claim chart, the Google, Samsung, LG, and Asus/Qualcomm smartphones have Qualcomm Snapdragon Chipsets; have Octa-core CPUs (*processors*); have Google Android Operating Systems; have Qualcomm Snapdragon Modems; have Google "Find My Device" pre-installed *See Carolyn Hafeman v. LG Electronics Inc.*; have Google Android Team Awareness Kits; have Megapixel cameras for CBR sensing; have cameras for captioning nanopores; Biosensors for CBRNE detection; and, Plug-Ins for CBRN detection.

*Figure 2* is a comparative chart of the "megapixel" smartphone cameras used for detecting Chem/Bio agents. For each different way used, it qualifies as an alternative to the ATAK.

| Google Pixel 5 Smartphone | Apple iPhone 12 Smartphone | Samsung Galaxy S21 Smartphone | LG V60 ThinQ 5G | Asus / Qualcomm Smartphone for Snapdragon Insiders |
|---|---|---|---|---|
| *Google Pixel 5: Dual - 12.2 MP (megapixel), OIS 16 MP (megapixel)* Camera lens in cell phone with microfluidic lens functions as camera; uses microscope to focus on a chemical sensor. A *megapixel* camera captures the image from the array of nanopores uses fluid rather than bulky moving parts. The sensors contained in one array is determined by the *pixel* resolution phone camera. *Megapixel* resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. *Tiny sensors tucked into cell phones could map airborne toxins in real time.* Source: https://www.understanding nano.com/cell-phone-sensors-toxins.html | *Apple iPhone 12: Dual - 12 MP (megapixel), OIS 12 MP (megapixel)* Camera lens in cell phone with microfluidic lens functions as camera; uses microscope to focus on a chemical sensor. A *megapixel* camera captures the image from the array of nanopores uses fluid rather than bulky moving parts. The sensors contained in one array is determined by the *pixel* resolution phone camera. *Megapixel* resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. *Tiny sensors tucked into cell phones could map airborne toxins in real time.* Source: https://www.understanding nano.com/cell-phone-sensors-toxins.html | *Samsung Galaxy S21: Triple - 12 MP (megapixel), OIS 64 MP (megapixel)* Camera lens in cell phone with microfluidic lens functions as camera; uses microscope to focus on a chemical sensor. A *megapixel* camera captures the image from the array of nanopores uses fluid rather than bulky moving parts. The sensors contained in one array is determined by the *pixel* resolution phone camera. *Megapixel* resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. *Tiny sensors tucked into cell phones could map airborne toxins in real time.* Source: https://www.understanding nano.com/cell-phone-sensors-toxins.html | *LG V60 ThinQ 5G: Dual - 64 MP (megapixel), OIS 13 MP (megapixel)* Camera lens in cell phone with microfluidic lens functions as camera; uses microscope to focus on a chemical sensor. A *megapixel* camera captures the image from the array of nanopores uses fluid rather than bulky moving parts. The sensors contained in one array is determined by the *pixel* resolution phone camera. *Megapixel* resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. *Tiny sensors tucked into cell phones could map airborne toxins in real time.* Source: https://www.understanding nano.com/cell-phone-sensors-toxins.html | *Asus / Qualcomm: Triple - 64 MP (megapixel) OIS; 8 MP, 12MP (mega)* Camera lens in cell phone with microfluidic lens functions as camera; uses microscope to focus on a chemical sensor. A *megapixel* camera captures the image from the array of nanopores uses fluid rather than bulky moving parts. The sensors contained in one array is determined by the *pixel* resolution phone camera. *Megapixel* resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. *Tiny sensors tucked into cell phones could map airborne toxins in real time.* Source: https://www.understanding nano.com/cell-phone-sensors-toxins.html |

*Figure 2*

*Figure 3* is a visual display of different ways the smartphone camera [1][2] can be used for detecting Chem/Bio agents. For each different way used, it qualifies as an alternative to the ATAK.



*Figure 3*

---

[1]     The camera captures the image from the array of nanopores that uses fluid rather than bulky moving parts. The sensors contained in one array is determined by the resolution phone camera. The resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. *Tiny sensors tucked into cell phones could map airborne toxins in real time.* Source: https:// www.understanding nano.com/cell-phone-sensors-toxins.html

[2]     Hyperspectral imaging scans for light frequencies that humans can't see in order to identify the unique chemical signatures of different substances. They say their device, which can be mass produced, is compatible with all standard smartphone cameras. *These New Smartphone Cameras Could Tell You What an Object Is Made of* https://www.sciencealert.com/new-smartphone-cameras-could-tell-you-what-an-object-is-made-of

*Figure 4* describes how at least nine (9) standard sensors for the Google, Apple, Samsung, LG, and Asus/Qualcomm smartphones can be used as "biosensors". For each different way used, it qualifies as an alternative to ATAK.



*Figure 4*

The Smartphones Biosensors:

1. Ambient light sensor: Cancer biomarkers; Toxic metals; Pathogens
2. Capillary inlet: (Air analysis). Airborne Pathogens; Aerosols
3. Capillary inlet: (Fluid analysis). Blood analysis; Biomarkers
4. Microfluidic cassette: Interchangeable cassettes with varying assays
5. VIS-NIR spectrometer: Food freshness; Melanoma
6. NNAP Electrodes: Toxic metals and Organic pollutants in water
7. Optical Waveguide: Pathogens in water and food
8. Back and front camera: Colorimetric analysis; Image analysis
9. Microphone: Voice recording stress levels

*Figure 5* list some of the same standard sensors illustrated in Figure 4. The port on the smartphones is used for the CBRN *plug-ins* included in ATAK.



*Figure 5*

ATAK is a digital application available to warfighters throughout the DoD. Built on the Android operating system, ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) *plug-ins*.

Just having a plug-in is not all that's involved. There has to be an app specific software to sync the chemical, biological, radiological, and nuclear sensors to the smartphone plus the Google Android Operating System.

# Exhibit D

## Google Pixel 5 Smartphone and Apple iPhone 12 Smartphone Comparison

| Google Pixel 5 Smartphone | Apple iPhone 12 Smartphone | Claim 5 of the '287 Patent | Claim 23 of the '439 Patent | Claim 1 of the '189 Patent |
|---|---|---|---|---|
|  |  | A monitoring device, comprising: | A cell phone comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: |
| CPU: Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) System-on-a-chip: Qualcomm Snapdragon 765G | CPU: Hexa-core (2x3.1 GHz Firestorm + 4x1.8 GHz Icestorm). System-on-a-chip: Apple A14 Bionic (5 nm). iOS 14.1, upgradable to iOS 16.1 | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices; |
| Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. | Temperature sensors located within; the sensors monitor the battery and processor's temperature. In extreme temperatures (hot or cold), these sensors shut down the device to prevent damage | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X |

| | | | | |
|---|---|---|---|---|
| Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Accelerometer (gravity sensor) supported by the iOS platform. Accelerometer/Motion sensor: This sensor helps the screen automatically switch from landscape to portrait modes and back again based on whether you're holding the phone vertically or horizontally. | at least one motion sensor in communication with the at least one CPU; | X | X |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | Adjusts the screen brightness for current light conditions using the built-in ambient light sensor. Screen: 6.1" Super Retina XDR (OLED). Lock the screen orientation so that it doesn't change when the iPhone is rotated. | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; |

| | | | | |
|---|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein at least one of... WiFi connection, internet connection, radio frequency (RF) connection, cellular connection... capable of signal communication with the transmitter or the receiver; | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group... of satellite, Bluetooth, WiFi... |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a... Bluetooth connection, WiFi connection, internet connection... cellular connection... short range radio frequency (RF) connection, or GPS connection; | X |
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Apple's iOS operating system features a lock mechanism to secure your phone. After multiple failed attempts to unlock the phone, the phone locks and is disabled (made unavailable).<br><br>Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID or enter a passcode. | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | X |

| | | | | |
|---|---|---|---|---|
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | USB-A to Lightning cable or the newer USB-C to Lightning cable with your iPhone. The MagSafe Battery Pack makes on-the-go, wireless charging easy and reliable—just attach it to your iPhone | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X | X |
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | Apple's iOS operating system allows for Face ID authentication with the iPhone 12. The phone also features a lock mechanism to secure your phone. After multiple failed attempts to unlock the phone, the phone locks and is disabled (made unavailable).<br><br>Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID, Touch ID, or enter a passcode. | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use |

| | | | | |
|---|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) provides an interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween… |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) is a digital application available to warfighters throughout the DHS / DoD. iTAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, iTAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; |

| | | | | |
|---|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 5 802.11 a/b/g/n/ac/6, dual-band, hotspot. Bluetooth 5.0. NFC, GPS, GLONASS, Galileo, QZSS Nano-SIM; eSIM or Dual SIM | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X | X |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID, or enter a passcode.<br><br>*iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) provides an interface for viewing and controlling different CBRN-sensing technologies | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect at least one of a chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; |

| | | | | |
|---|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Apple Home Key digital security code is stored in Apple Wallet app. It is based on NFC technology. 2 modes of operation: Express Mode: Bring an iPhone or Apple Watch to the lock. Face ID or Passcode. Must use Face ID / Touch ID or enter a passcode.<br><br>*iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) provides an interface for viewing and controlling different CBRN-sensing technologies | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) is a digital application available to warfighters throughout the DHS / DoD. iTAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, iTAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; |

38

| | | | | |
|---|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *iOS Team Awareness Kit*, iTAK (built on the iOS 14.1, or later, operating system) is a digital application available to warfighters throughout the DHS / DoD. iTAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, iTAK includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X |

*Figure 1* outline different ways the smartphone camera can be used for detecting Chem/Bio agents. For each different way used it qualifies as an alternative to the Google Android ATAK and Apple iOS iTAK.



*Figure 1*

The camera captures the image from the array of nanopores that uses fluid rather than bulky moving parts. The sensors contained in one array is determined by the resolution phone camera. The resolution in cell phone cameras; probe a million different spots on the sensor simultaneously. *Tiny sensors tucked into cell phones could map airborne toxins in real time*. Source: https:// www.understanding nano.com/cell-phone-sensors-toxins.html

Hyperspectral imaging scans for light frequencies that humans can't see in order to identify the unique chemical signatures of different substances. They say their device, which can be mass produced, is compatible with all standard smartphone cameras. *These New Smartphone Cameras Could Tell You What an Object Is Made of* https://www.sciencealert.com/new-smartphone-cameras-could-tell-you-what-an-object-is-made-of

*Figure 2* describes how at least nine (9) standard "Native" sensors for the smartphone can be used as "biosensors". For each different way used it qualifies as an alternative to the Google Android ATAK and Apple iOS iTAK.



**Figure 2**

The Smartphones Biosensors:

1. Ambient light sensor: Cancer biomarkers; Toxic metals; Pathogens

2. Capillary inlet: (Air analysis). Airborne Pathogens; Aerosols

3. Capillary inlet: (Fluid analysis). Blood analysis; Biomarkers

4. Microfluidic cassette: Interchangeable cassettes with varying assays

5. VIS-NIR spectrometer: Food freshness; Melanoma

6. NNAP Electrodes: Toxic metals and Organic pollutants in water

7. Optical Waveguide: Pathogens in water and food

8. Back and front camera: Colorimetric analysis; Image analysis

9. Microphone: Voice recording stress levels

*Figure 3* "Native" to the smartphone is a "port" for *plug-ins* that are at least:

embedded into, affixed to, placed upon; software based, or hardware based, wired

or wireless connection, for CBRNE detection.



*Figure 3*

**Blueforce Plugin Series: CBRNE and HAZMAT Response (See also *Figure 8*)**

BlueforceTACTICAL (CBRN purpose-built *plugins* for smartphones): The DuraForce Ultra 5G is Kyocera's toughest, most durable smartphone to date, certified to military standard 810H (MIL-STD-810H) to withstand drops

BlueforceTACTICAL (Google Android and Apple iOS): The ALTAIR 5X Gas Detector is capable of measuring up to 6 gases simultaneously and is now available with integrated PID sensor for VOC detection. The 5X provide real-time environmental awareness when paired via Bluetooth® with the BlueforceTACTICAL MSA *Plugin*.

BlueforceTACTICAL (Google Android and Apple iOS): The MSA Altair 4XR Multi-Gas Detector detects O2, LEL, CO and H2S. Outfitted with rapid-response MSA XCell® sensors, the ALTAIR 4XR Gas Detector is the toughest 4-gas monitor on the market and is backed by a 4-year warranty. The ALTAIR 4XR can also provide real-time incident awareness when paired via Bluetooth® with the BlueforceTACTICAL MSA *Plugin*.

BlueforceTACTICAL (Google Android only): Detect and localize radiation sources generated by manmade devices such as nuclear weapons, improvised nuclear devices (INDs) or radiological dispersal devices (RDDs) with the Thermo Scientific™ RadEye™ PRD Personal Radiation Detector. The BlueforceTACTICAL *Plugin* shares PRD data with other responders and can simultaneously push readings to cloud databases for longitudinal analysis.

# Exhibit E

**CLAIM CHART FOR THE SMARTPHONE COMPARISON BETWEEN THE GOOGLE PIXEL 5 AND THE SAMSUNG GALAXY S21. THE GOOGLE PIXEL 5 SPECIFICATIONS AND THE PATENT CLAIMS' LIMITATIONS FOR THE '287, '439, & '189 PATENTS ARE THE SAME AS IN *LARRY GOLDEN v. GOOGLE LLC*; CAFC CASE NO. 22-1267**

| Google Pixel 5 Smartphone | Samsung Galaxy S21 Smartphone | Patent #: 10,163,287; Independent Claim 5 | Patent #: 9,589,439; Independent Claim 23 | Patent #: 9,096,189; Independent Claim 1 |
|---|---|---|---|---|
| | | A monitoring device, comprising: | A cell phone comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: |
| CPU: Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) System-on-a-chip: Qualcomm Snapdragon 765G | CPU: Octa-core (1x2.84 GHz Cortex-X1 & 3x2.42 GHz Cortex-A78 & 4x1.80 GHz Cortex-A55) - USA/China. Chipset: Qualcomm SM8350 Snapdragon 888 5G (5 nm). OS: Google Android 11, upgradable to Android 13 Modem: Snapdragon® X60 5G Modem-RF System. | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices; |

| | | | | |
|---|---|---|---|---|
| Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. | Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X |
| Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | at least one motion sensor in communication with the at least one CPU; | X | X |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6.2 inches flexible OLED display at 421 ppi | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X |

| | | | | |
|---|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct. Bluetooth 5.0, A2DP, LE. NFC, GPS, GLONASS, BDS, GALILEO. Nano-SIM and eSIM or Dual SIM | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct. Bluetooth 5.0, A2DP, LE. NFC, GPS, GLONASS, BDS, GALILEO. Nano-SIM and eSIM or Dual SIM | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein at least one of… WiFi connection, internet connection, radio frequency (RF) connection, cellular connection… capable of signal communication with the transmitter or the receiver; | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group… of satellite, Bluetooth, WiFi… |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct. Bluetooth 5.0, A2DP, LE. NFC, GPS, GLONASS, BDS, GALILEO. Nano-SIM and eSIM or Dual SIM | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a… Bluetooth connection, WiFi connection, internet connection… cellular connection… short range radio frequency (RF) connection, or GPS connection; | X |

| | | | | | |
|---|---|---|---|---|---|
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account. | at least one locking mechanism in communication with the at least one CPU for locking the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | X | |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | | | |
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | Samsung USB-C Cable lets you charge your USB-C device as well as sync your data to your smartphone | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X | X | |

| | | | | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use |
|---|---|---|---|---|
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween… |

| | | | | |
|---|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct. Bluetooth 5.0, A2DP, LE. NFC, GPS, GLONASS, BDS, GALILEO. Nano-SIM and eSIM or Dual SIM | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X | X |

| | | | | |
|---|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.

*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.

*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect at least one of a chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;

a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.

*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.

*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems |

| | | | |
|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X |

# Exhibit F

**CLAIM CHART FOR THE SMARTPHONE COMPARISON BETWEEN THE GOOGLE PIXEL 5 AND LG V60 ThinQ 5G. THE GOOGLE PIXEL 5 SPECIFICATIONS AND THE PATENT CLAIMS' LIMITATIONS FOR THE '287, '439, & '189 PATENTS ARE THE SAME AS IN *LARRY GOLDEN v. GOOGLE LLC*; CAFC CASE NO. 22-1267**

| Google Pixel 5 Smartphone | LG V60 ThinQ 5G | Patent #: 10,163,287; Independent Claim 5 | Patent #: 9,589,439; Independent Claim 23 | Patent #: 9,096,189; Independent Claim 1 |
|---|---|---|---|---|
|  |  | A monitoring device, comprising: | A cell phone comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: |
| CPU: Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) System-on-a-chip: Qualcomm Snapdragon 765G | **Chipset**: Qualcomm SM8250 Snapdragon 865 5G (7 nm+). **CPU**: Octa-core (1x2.84 GHz Cortex-A77 & 3x2.42 GHz Cortex-A77 & 4x1.80 GHz Cortex-A55). **OS**: Google Android 10, upgradable to Android 13 **Modem**: Qualcomm's Snapdragon X55 5G modem | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices; |

| | | | | |
|---|---|---|---|---|
| Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. | Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X |
| Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | at least one motion sensor in communication with the at least one CPU; | X | X |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6.8 inches, 109.8 cm2 OLED display at 395 ppi density | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X |

| | | | | |
|---|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct, DLNA. Bluetooth 5.1, A2DP, LE, aptX HD. NFC, GPS, GPS, GLONASS, Galileo, BDS. Single SIM (Nano-SIM) or Hybrid Dual SIM (Nano-SIM, dual stand-by) | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct, DLNA. Bluetooth 5.1, A2DP, LE, aptX HD. NFC, GPS, GPS, GLONASS, Galileo, BDS. Single SIM (Nano-SIM) or Hybrid Dual SIM (Nano-SIM, dual stand-by) | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein at least one of... WiFi connection, internet connection, radio frequency (RF) connection, cellular connection... capable of signal communication with the transmitter or the receiver; | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group... of satellite, Bluetooth, WiFi... |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct, DLNA. Bluetooth 5.1, A2DP, LE, aptX HD. NFC, GPS, GPS, GLONASS, Galileo, BDS. Single SIM (Nano-SIM) or Hybrid Dual SIM (Nano-SIM, dual stand-by) | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a... Bluetooth connection, WiFi connection, internet connection... cellular connection... short range radio frequency (RF) connection, or GPS connection; | X |

| | | | | |
|---|---|---|---|---|
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account. | at least one locking mechanism in communication with the at least one CPU for locking the cell phone communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | X |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | (make unavailable) the communication device; | | X |
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | UrbanX USB-C to USB 3.1 Adapter, USB-C Male to USB-A Female, Uses USB OTG Technology, Compatible with LG V60 ThinQ 5G | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | | X |

| | | | | |
|---|---|---|---|---|
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use |
| *Android Team Awareness Kit,* ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit,* ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween… |

| | | | | |
|---|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6, dual-band, Wi-Fi Direct, DLNA. Bluetooth 5.1, A2DP, LE, aptX HD. NFC, GPS, GPS, GLONASS, Galileo, BDS. Single SIM (Nano-SIM) or Hybrid Dual SIM (Nano-SIM, dual stand-by) | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X | X |

| | | | | |
|---|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect at least one of a chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems |

| | | | | |
|---|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X |

# Exhibit G

**CLAIM CHART FOR THE SMARTPHONE COMPARISON BETWEEN THE GOOGLE PIXEL 5 AND THE ASUS / QUALCOMM. THE GOOGLE PIXEL 5 SPECIFICATIONS AND THE PATENT CLAIMS' LIMITATIONS FOR THE '287, '439, & '189 PATENTS ARE THE SAME AS IN *LARRY GOLDEN v. GOOGLE LLC*; CAFC CASE NO. 22-1267**

| Google Pixel 5 Smartphone | Asus / Qualcomm Smartphone for Snapdragon Insiders | Patent #: 10,163,287; Independent Claim 5 | Patent #: 9,589,439; Independent Claim 23 | Patent #: 9,096,189; Independent Claim 1 |
|---|---|---|---|---|
|  |  | A monitoring device, comprising: | A cell phone comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: |
| CPU: Octa-core (1 × 2.4 GHz Kryo 475 Prime & 1 × 2.2 GHz Kryo 475 Gold & 6 × 1.8 GHz Kryo 475 Silver) System-on-a-chip: Qualcomm Snapdragon 765G | **Chipset:** Qualcomm SM8350 Snapdragon 888 5G (5 nm) **CPU:** Octa-core (1x2.84 GHz Cortex-X1 & 3x2.42 GHz Cortex-A78 & 4x1.80 GHz Cortex-A55). **OS:** Google Android 11. **Modem:** Snapdragon® X60 5G Modem-RF System. | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices; |

| | | | | |
|---|---|---|---|---|
| Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. Monitoring air temperatures. | Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures. | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X |
| Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.). | at least one motion sensor in communication with the at least one CPU; | X | X |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6-inch flexible OLED display at 432 ppi | Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6.78 inches, 109.5 cm$^2$ OLED display at 395 ppi density | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X |

| | | | | |
|---|---|---|---|---|
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, dual-band, Wi-Fi Dir. Bluetooth: 5.2, A2DP, LE, aptX HD, aptX Adaptive. NFC, GPS, GLONASS, BDS, Galileo, QZSS, Dual SIM (Nano-SIM, dual stand-by) | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, dual-band, Wi-Fi Dir. Bluetooth: 5.2, A2DP, LE, aptX HD, aptX Adaptive. NFC, GPS, GLONASS, BDS, Galileo, QZSS, Dual SIM (Nano-SIM, dual stand-by) | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein at least one of… WiFi connection, internet connection, radio frequency (RF) connection, cellular connection… capable of signal communication with the transmitter or the receiver; | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group… of satellite, Bluetooth, WiFi… |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/6e, dual-band, Wi-Fi Dir. Bluetooth: 5.2, A2DP, LE, aptX HD, aptX Adaptive. NFC, GPS, GLONASS, BDS, Galileo, QZSS, Dual SIM (Nano-SIM, dual stand-by) | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a… Bluetooth connection, WiFi connection, internet connection… cellular connection… short range radio frequency (RF) connection, or GPS connection; | X |

| Evidence | Evidence | Claim limitation | | |
|---|---|---|---|---|
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account. | Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account. Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone. | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable communication with the communication device; | | |
| | | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | X | |
| Pixel phones use USB-C with USB 2.0 power adapters and cables. To charge your phone with a USB-A power adapter, use a USB-C to USB-A cable. | ASUS / Qualcomm Snapdragon Insiders Smartphone for Snapdragon Insiders USB Dual Port 32GB Memory Stick, USB Type C connection, or wireless connection, to provide power to the communication device. | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X | X |

| | | | | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use |
|---|---|---|---|---|
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris). | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | |
| *Android Team Awareness Kit,* ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents. | *Android Team Awareness Kit,* ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween… |

| | | | | |
|---|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; |
| Connectivity: Wi-Fi 5 (a/b/g/n/ac) 2.4 + 5.0 GHz, Bluetooth 5.0 + LE, NFC, GPS (GLONASS, Galileo, BeiDou), eSIM capable | Connectivity: Wi-Fi 802.11 a/b/g/n/ac/ 6e, dual-band, Wi-Fi Dir. Bluetooth: 5.2, A2DP, LE, aptX HD, aptX Adaptive. NFC, GPS, GLONASS, BDS, Galileo, QZSS, Dual SIM (Nano-SIM, dual stand-by) | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X | X |

| | | | | |
|---|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or… detect at least one of a chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems |

| | | | | |
|---|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins. | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X |

# Exhibit H

## PLAINTIFF'S ILLUSTRATIVE CLAIM CHART
## FOR PATENT INFRINGEMENT

Below, is an illustrative claim chart of how the Samsung Galaxy Book2 Pro 360 PC / Tablet directly infringes claim 5 of Plaintiff's '287 patent, and claim 1 of Plaintiff's '189 patent.

Also, the chart illustrates how Intel® Core™ i5-1235U / Intel® Core™ i7-1255U CPU contributes to the infringement of the Samsung Galaxy Book2 Pro 360 PC / Tablet, and has "no substantial non-infringing use". Plaintiff's CPU is referenced in 12 limitations of claim 5 of Plaintiff's '287 patent. Every claim limitation is covered.

| Samsung Galaxy Book2 Pro 360 [PC Mode or Tablet Mode] | Patent #: 10,163,287; Indep. Claim 5 | Patent #: 9,096,189; Independent Claim 1 |
|---|---|---|
|  This "***doctrine of equivalent***" element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claim. | A monitoring device, comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: |
| CPU: Intel® Core™ i5-1235U / Intel® Core™ i7-1255U. Processor Speed 1.3GHz / 1.7 GHz. Clock 900 - 4400 MHz / 1200 - 4700 MHz. L1 Cache 928 KB / 928 KB. Cores 10 / 10. Threads 12 / 12. Preinstalled Operating System Windows 11 Home<br><br>This "***doctrine of equivalent***" element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claims.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360 | at least one central processing unit (CPU); | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices; |

| | | |
|---|---|---|
| Technical Specifications: CPU Temperature Sensor reached 99° C. Surface temperature: W,A,S,D Keys - 42.1 °C, Keyboard Middle - 44.1 °C, Palm Rest - 37.0 °C<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360 | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X |
| With the infrared sensor the device can detect motion by measuring the infrared (IR) light radiating from objects in its field of view<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360 | at least one motion sensor in communication with the at least one CPU; | X |
| Available in two screen sizes (13.3" and 15.6"). Plus, the screen automatically adapts to any lighting environment, so it's easy on the eyes, thanks to a 1MM:1 contrast ratio<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360 | at least one viewing screen for monitoring in communication with the at least one CPU; | X |
| GPS: If you turn on satellite-based GPS, your tablet can find your exact position. Microsoft Windows 11 has added a location services feature that uses IP addresses and Wi-Fi positioning to predict your location.<br><br>This "***doctrine of equivalent***" element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claim.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360 | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; |

| | | |
|---|---|---|
| High speed internet and Microsoft account required for Windows 11 Home and Windows 11 Pro.  Networking: 802.11ax (Wi-Fi 6E), Bluetooth Standard: Bluetooth 5.0<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360 | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group… of satellite, Bluetooth, WiFi… |
| Networking: Bluetooth Standard: Bluetooth 5.0. 802.11ax (Wi-Fi 6E),<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360 | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | X |
| Galaxy Book2 Pro 360 Specs: The Galaxy Book2 Pro keyboard has an NFC connection spot. Tapped the Galaxy phone on the spot to make contact; then used the Samsung Flow phone software to lock and unlock the tablet using the phone's fingerprint scanner.<br><br>Windows Hello face authentication utilizes a camera specially configured for near infrared (IR) imaging to authenticate and unlock.<br><br>*Literal Infringement*: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360 | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | X |

| | | |
|---|---|---|
| Samsung's Super-Fast Charging-enabled 65W AC adapter in the box. It can deliver "8 hours" of battery life in just 30 minutes of charging. The Galaxy Book2 Pro 360 averaged around 10 hours 30 minutes on a full charge.<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: The CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360 and is capable of carrying out the functional and operational instructions of the PC. | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X |
| Samsung's Biometric Sensors. Fingerprint Reader. Windows Hello face authentication utilizes a camera specially configured for near infrared (IR) imaging to authenticate and unlock.<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360 | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use |
| Intel's Loihi Neuromorphic Chip to Learn and Recognize the Scents of 10 Hazardous Chemicals compatible with the Galaxy Book2 Pro 360<br><br>This "***doctrine of equivalent***" element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claim.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360<br><br>***Induced infringement***: requires not 'only knowledge of the patent' but also 'proof the defendant knew the [induced] acts were infringing.'" *DSU Med. Corp. v. JMS Co.*, 471 F.3d 1293, 1305 (Fed. Cir. 2006) Notice to Appear sent to Samsung in *Golden v. USA* Case 13-307C | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween… |

| | | |
|---|---|---|
| Intel's Loihi Neuromorphic Chip to Learn and Recognize the Scents of 10 Hazardous Chemicals compatible with the Galaxy Book2 Pro 360<br><br>This *"doctrine of equivalent"* element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claim.<br><br>*Contributory infringement*: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360<br><br>*Induced infringement*: requires not 'only knowledge of the patent' but also 'proof the defendant knew the [induced] acts were infringing.'" *DSU Med. Corp. v. JMS Co.*, 471 F.3d 1293, 1305 (Fed. Cir. 2006) Notice to Appear sent to Samsung in *Golden v. USA* Case 13-307C | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; |
| The Galaxy Book2 Pro keyboard has a Near Field Communications (NFC) connection spot. Briefly tapped the Galaxy phone on the spot to make contact<br><br>*Literal Infringement*: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>*Contributory infringement*: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360 | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X |
| Intel's Loihi Neuromorphic Chip to Learn and Recognize the Scents of 10 Hazardous Chemicals compatible with the Galaxy Book2 Pro 360<br><br>*Literal Infringement*: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>*Contributory infringement*: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360<br><br>*Induced infringement*: requires not 'only knowledge of the patent' but also 'proof the defendant knew the [induced] acts were infringing.'" *DSU Med. Corp. v. JMS Co.*, 471 F.3d 1293, 1305 (Fed. Cir. 2006). Notice to Appear sent to Samsung in *Golden v. USA* Case 13-307C | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building… or… detect at least one of a chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; |

| | | |
|---|---|---|
| The Galaxy Book2 Pro keyboard has a Near Field Communications (NFC) connection spot. Briefly tapped the Galaxy phone on the spot to make contact; then used the Samsung Flow phone software to lock and unlock the Galaxy Book2 Pro tablet using the phone's fingerprint scanner from across the room.<br><br>Intel's Loihi Neuromorphic Chip to Learn and Recognize the Scents of 10 Hazardous Chemicals compatible with the Galaxy Book2 Pro 360<br><br>This "***doctrine of equivalent***" element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claim.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360 | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems |
| High speed internet and Microsoft account required for Windows 11 Home and Windows 11 Pro. Networking: 802.11ax (Wi-Fi 6E), Bluetooth Standard: Bluetooth 5.0<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing Galaxy Book2 Pro 360 | X | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; |

## Intel contributed to the infringement of Plaintiff's patented new and improved upon PC

| | |
|---|---|
| Intel's Loihi Neuromorphic Chip to Learn and Recognize the Scents of 10 Hazardous Chemicals. Below: Intel Labs' Nabil Imam holds a Loihi neuro-morphic chip in his Santa Clara, California, neuro-morphic computing lab. (Walden Kirsch/Intel Corp) |  |
| Intel and Cornell trained Intel's Loihi neuromorphic chip to learn and recognize the scents of 10 hazardous chemicals … the activity of 72 chemical sensors in response to these smells and configured the circuit diagram of biological olfaction on Loihi. The chip quickly learned the neural representation of each of the smells and each odor. | <br><br>Intel's Loihi 2 Neuromorphic Chip |

# Exhibit I

## PLAINTIFF'S ILLUSTRATIVE CLAIM CHART
## FOR PATENT INFRINGEMENT

Below, is an illustrative claim chart of how the HP ZBook PC directly infringes claim 5 of Plaintiff's '287 patent, and claim 1 of Plaintiff's '189 patent.

Also, the chart illustrates how Intel's 11th Generation Intel® Xeon® W-11955M vPro® CPU contributes to the infringement of the HP ZBook PC, and has "no substantial non-infringing use". Plaintiff's CPU is referenced in 12 limitations of claim 5 of Plaintiff's '287 patent. Every claim limitation is covered.

| HP ZBook Fury 15.6 Inch G8 Mobile Workstation PC | Patent #: 10,163,287; Indep. Claim 5 | Patent #: 9,096,189; Independent Claim 1 |
|---|---|---|
|  This "***doctrine of equivalent***" element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claim. | A monitoring device, comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: |
| CPU: 11th Generation Intel® Xeon® W-11955M vPro® with Intel® UHD Graphics (2.6 GHz base frequency, up to 5.0 GHz with Intel® Turbo Boost Technology, 24 MB cache, 8 cores; 16 threads). Preinstalled operating system - Windows 11 Pro2<br><br>This "***doctrine of equivalent***" element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claims.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC | at least one central processing unit (CPU); | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices; |

| | | |
|---|---|---|
| Technical Specifications Temperature Sensor— Operating is 14° to 158° F (-10° to 70° C).<br><br>**Literal Infringement**: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>**Contributory infringement**: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X |
| HP CoolSense Technology uses a motion sensor to sense when the computer is being used in a stationary or mobile setting<br><br>**Literal Infringement**: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>**Contributory infringement**: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC | at least one motion sensor in communication with the at least one CPU; | X |
| 15.6" diagonal UHD (3840 x 2160) IPS eDP1.4 + PSR2 WLED-backlit touch screen with Corning® Gorilla® Glass 5<br><br>**Literal Infringement**: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>**Contributory infringement**: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC | at least one viewing screen for monitoring in communication with the at least one CPU; | X |
| GPS: Standalone, A-GPS (MS-A, MS-B). GPS Bands: 1575.42 MHz ± 1.023 MHz, GLONASS 1596-1607MHz, Beidou 1561.098 MHz<br><br>**Literal Infringement**: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>**Contributory infringement**: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; |

79

| | | |
|---|---|---|
| High speed internet and Microsoft account required for Windows 11 Pro and Windows 11 Pro for Business<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group... of satellite, Bluetooth, WiFi... |
| WLAN: Intel® Wi-Fi 6 AX201 (2x2) and Bluetooth® 5.2 wireless card, vPro™<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | X |
| HP ZBook PC Specs: HP Tamper Lock. Nano Security Lock. Windows Hello face authentication utilizes a camera specially configured for near infrared (IR) imaging to authenticate and unlock.<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | X |

| | | |
|---|---|---|
| HP chipset requires a Windows operating system, network hardware and software, connection with a power source, and a direct corporate network connection which is either cable or wireless LAN.<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: The CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC and is capable of carrying out the functional and operational instructions of the PC. | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X |
| HP Fingerprint Sensor. Windows Hello face authentication utilizes a camera specially configured for near infrared (IR) imaging to authenticate and unlock.<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use |
| Intel's Loihi Neuromorphic Chip to Learn and Recognize the Scents of 10 Hazardous Chemicals compatible with the HP ZBook PC<br><br>This "***doctrine of equivalent***" element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claim.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC<br><br>***Induced infringement***: requires not 'only knowledge of the patent' but also 'proof the defendant knew the [induced] acts were infringing.'" *DSU Med. Corp. v. JMS Co.*, 471 F.3d 1293, 1305 (Fed. Cir. 2006) | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween… |

| | | |
|---|---|---|
| Intel's Loihi Neuromorphic Chip to Learn and Recognize the Scents of 10 Hazardous Chemicals compatible with the HP ZBook PC<br><br>This *"doctrine of equivalent"* element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claim.<br><br>*Contributory infringement*: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC<br><br>*Induced infringement*: requires not 'only knowledge of the patent' but also 'proof the defendant knew the [induced] acts were infringing.'" *DSU Med. Corp. v. JMS Co.*, 471 F.3d 1293, 1305 (Fed. Cir. 2006) | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; |
| Near Field Communication (NFC) module. NFC RF standards ISO/IEC 14443 A<br><br>*Literal Infringement*: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>*Contributory infringement*: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X |
| Intel's Loihi Neuromorphic Chip to Learn and Recognize the Scents of 10 Hazardous Chemicals compatible with the HP ZBook PC<br><br>*Literal Infringement*: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>*Contributory infringement*: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC<br><br>*Induced infringement*: requires not 'only knowledge of the patent' but also 'proof the defendant knew the [induced] acts were infringing.'" *DSU Med. Corp. v. JMS Co.*, 471 F.3d 1293, 1305 (Fed. Cir. 2006) | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building… or… detect at least one of a chemical biological… agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; |

| | | |
|---|---|---|
| HP ZBook PC Specs: HP Tamper Lock. Nano Security Lock.<br><br>Intel's Loihi Neuromorphic Chip to Learn and Recognize the Scents of 10 Hazardous Chemicals compatible with the HP ZBook PC<br><br>This "***doctrine of equivalent***" element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claim.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems |
| High speed internet and Microsoft account required for Windows 11 Pro and Windows 11 Pro for Business. WLAN: Intel® Wi-Fi 6 AX201 (2x2) and Bluetooth® 5.2 wireless card, vPro™<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Intel, is a material component of the allegedly infringing HP ZBook PC | X | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; |

## Intel contributed to the infringement of Plaintiff's patented new and improved upon PC

| | |
|---|---|
| Intel's Loihi Neuromorphic Chip to Learn and Recognize the Scents of 10 Hazardous Chemicals. Below: Intel Labs' Nabil Imam holds a Loihi neuro-morphic chip in his Santa Clara, California, neuro-morphic computing lab. (Walden Kirsch/Intel Corp) |  |
| Intel and Cornell trained Intel's Loihi neuromorphic chip to learn and recognize the scents of 10 hazardous chemicals … the activity of 72 chemical sensors in response to these smells and configured the circuit diagram of biological olfaction on Loihi. The chip quickly learned the neural representation of each of the smells and each odor, demonstrating a future for neuroscience and AI. | <br>Intel's Loihi 2 Neuromorphic Chip |

# Exhibit J

**ASUS / QUALCOMM SMARTPHONE FOR SNAPDRAGON INSIDERS CLAIM CHART THAT IDENTIFIES ELEMENTS OF LITERAL; DOCTRINE OF EQUIVALENTS; INDUCED; AND CONTRIBUTORY INFRINGEMENT OF THE '287, '439, & '189 PATENTS ARE THE SAME AS IN *LARRY GOLDEN v. GOOGLE LLC*; CAFC CASE NO. 22-1267**

| Asus / Qualcomm Smartphone for Snapdragon Insiders | Patent #: 10,163,287; Independent Claim 5 | Patent #: 9,589,439; Independent Claim 23 | Patent #: 9,096,189; Independent Claim 1 |
|---|---|---|---|
|  | A monitoring device, comprising: | A cell phone comprising: | A communication device of at least one of a cell phone, a smart phone, a desktop, a handheld, a PDA, a laptop, or a computer terminal for monitoring products, interconnected to a product for communication therebetween, comprising: |
| **Chipset:** Qualcomm SM8350 Snapdragon 888 5G (5 nm) **CPU:** Octa-core (1x2.84 GHz Cortex-X1 & 3x2.42 GHz Cortex-A78 & 4x1.80 GHz Cortex-A55). **OS:** Google Android 11. **Modem:** Snapdragon® X60 5G Modem-RF System.<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Qualcomm, is a material component of the allegedly infringing Qualcomm Smartphone<br><br>***Induced infringement***: requires not 'only knowledge of the patent' but also 'proof the defendant knew the [induced] acts were infringing.'" *DSU Med. Corp. v. JMS Co.*, 471 F.3d 1293, 1305 (Fed. Cir. 2006) Induced by threat of "no license, no chip" | at least one central processing unit (CPU); | a central processing unit (CPU) for executing and carrying out the instructions of a computer program; | at least one of a central processing unit (CPU) for executing and carrying out the instructions of a computer program, a network processor which is specifically targeted at the networking application domain, or a front-end processor for communication between a host computer and other devices; |

| | | | |
|---|---|---|---|
| Ambient Temperature sensor supported by the Android platform. Measures the ambient room temperature in degrees Celsius (°C). Monitoring air temperatures.<br><br>**_Literal Infringement_**: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>**_Contributory infringement_**: This CPU element, provided by Qualcomm, is a material component of the allegedly infringing Qualcomm Smartphone | at least one temperature sensor in communication with the at least one CPU for monitoring temperature; | X | X |
| Gravity sensor supported by the Android platform. Measures the force of gravity in m/s2 that is applied to a device on all three physical axes (x, y, z). Motion detection (shake, tilt, etc.).<br><br>**_Literal Infringement_**: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>**_Contributory infringement_**: This CPU element, provided by Qualcomm, is a material component of the allegedly infringing Qualcomm Smartphone | at least one motion sensor in communication with the at least one CPU; | X | X |
| Light sensor supported by the Android platform. Measures the ambient light level (illumination) in lx. Controlling screen brightness. Screen: 6.78 inches, 109.5 cm$^2$ OLED display at 395 ppi density<br><br>**_Literal Infringement_**: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>**_Contributory infringement_**: This CPU element, provided by Qualcomm, is a material component of the allegedly infringing Qualcomm Smartphone | at least one viewing screen for monitoring in communication with the at least one CPU; | X | X |

| | | | |
|---|---|---|---|
| Connectivity: Wi-Fi 802.11 a/b/g/n/ac/ 6e, dual-band, Wi-Fi Dir. Bluetooth: 5.2, A2DP, LE, aptX HD, aptX Adaptive. NFC, GPS, GLONASS, BDS, Galileo, QZSS, Dual SIM (Nano-SIM, dual stand-by)<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Qualcomm, is a material component of the allegedly infringing Qualcomm Smartphone | at least one global positioning system (GPS) connection in communication with the at least one CPU; | at least one of a satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long range radio frequency (RF) connection, short range radio frequency (RF) connection, or GPS connection; | at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection, long and short-range radio frequency (RF) connection, or GPS connection; |
| Connectivity: Wi-Fi 802.11 a/b/g/n/ac/ 6e, dual-band, Wi-Fi Dir. Bluetooth: 5.2, A2DP, LE, aptX HD, aptX Adaptive. NFC, GPS, GLONASS, BDS, Galileo, QZSS, Dual SIM (Nano-SIM, dual stand-by)<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Qualcomm, is a material component of the allegedly infringing Qualcomm Smartphone | at least one of an internet connection or a Wi-Fi connection in communication with the at least one CPU; | wherein at least one of… WiFi connection, internet connection, radio frequency (RF) connection, cellular connection… capable of signal communication with the transmitter or the receiver; | wherein the only type or types of communication with the transmitter and the receiver of the communication device and transceivers of the products is a type or types selected from the group… of satellite, Bluetooth, WiFi… |
| Connectivity: Wi-Fi 802.11 a/b/g/n/ac/ 6e, dual-band, Wi-Fi Dir. Bluetooth: 5.2, A2DP, LE, aptX HD, aptX Adaptive. NFC, GPS, GLONASS, BDS, Galileo, QZSS, Dual SIM (Nano-SIM, dual stand-by)<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Qualcomm, is a material component of the allegedly infringing Qualcomm Smartphone | at least one of a Bluetooth connection, a cellular connection, or a satellite connection in communication with the at least one CPU; | at least one of a… Bluetooth connection, WiFi connection, internet connection… cellular connection… short range radio frequency (RF) connection, or GPS connection; | X |

87

| | | | |
|---|---|---|---|
| Google's Android operating system features a lock mechanism to secure your phone, known as pattern lock. To set, drag your finger along lines on the screen. To unlock the phone, replicate the pattern drawn. If you fail to solve the pattern too many times, the phone locks and cannot be unlocked without logging into the associated Google account.<br><br>Google Nest ×<br>Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Qualcomm, is a material component of the allegedly infringing Qualcomm Smartphone | at least one locking mechanism in communication with the at least one CPU for locking the communication device, the at least one locking mechanism configured to at least one of engage (lock) the communication device, disengage (unlock) the communication device, or disable (make unavailable) the communication device; | whereupon the cell phone is interconnected to the cell phone detection device to receive signals or send signals to lock or unlock doors, to activate or deactivate security systems, to activate or deactivate multi-sensor detection systems, or to activate or deactivate the cell phone detection device; | X |
| ASUS / Qualcomm Smartphone for Snapdragon Insiders Dual Port 32GB USB Type C Memory Stick; 32GB USB Type-C flash drive; Features USB Type-C connector and a traditional USB connector.<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Qualcomm, is a material component of the allegedly infringing Qualcomm Smartphone | at least one power source comprising at least one of a battery, electrical connection, or wireless connection, to provide power to the communication device; | X | X |

| | | | wherein the communication device is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan and signature such that the communication device that is at least one of the cell phone, the smart phone, the desktop, the handheld, the PDA, the laptop or the computer terminal is locked by the biometric lock disabler to prevent unauthorized use |
|---|---|---|---|
| BIOMETRICS: Biometric factors allow for secure authentication on the Android platform. The Android framework includes face and fingerprint biometric authentication. Android can be customized to support other forms of biometric authentication (such as Iris).<br><br>*Literal Infringement*: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Qualcomm, is a material component of the allegedly infringing Qualcomm Smartphone | at least one biometric sensor in communication with the at least once CPU for providing biometric authentication to access the communication device; | wherein the cell phone is equipped with a biometric lock disabler that incorporates at least one of a fingerprint recognition, voice recognition, face recognition, hand geometry, retina scan, iris scan, or signature such that the cell phone is locked by the biometric lock disabler to prevent unauthorized use; and | |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies, whether that is a wearable smartwatch that measures a warfighter's vitals (e.g., heart rate) or a device mounted on a drone to detect chemical warfare agents<br><br>This "***doctrine of equivalent***" element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claim.<br><br>***Contributory infringement***: This CPU element, provided by Qualcomm, is a material component of the allegedly infringing Qualcomm Smartphone | at least one sensor for chemical, biological, or human detection in communication with the at least one CPU; | the cell phone is at least a fixed, portable or mobile communication device interconnected to the cell phone detection device, capable of wired or wireless communication therebetween; and | the communication device is at least a fixed, portable or mobile communication device interconnected to a fixed, portable or mobile product, capable of wired or wireless communication therebetween… |

| | | | |
|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins.<br><br>This "***doctrine of equivalent***" element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claim.<br><br>***Contributory infringement***: This CPU element, provided by Qualcomm, is a material component of the allegedly infringing Qualcomm Smartphone | one or more detectors in communication with the at least one CPU for detecting at least one of chemical, biological, radiological, or explosive agents; | at least one of a chemical sensor, a biological sensor, an explosive sensor, a human sensor, a contraband sensor, or a radiological sensor capable of being disposed within, on, upon or adjacent the cell phone; | wherein the communication device receives a signal via any of one or more products listed in any of the plurality of product grouping categories; |
| Connectivity: Wi-Fi 802.11 a/b/g/n/ac/ 6e, dual-band, Wi-Fi Dir. Bluetooth: 5.2, A2DP, LE, aptX HD, aptX Adaptive. NFC, GPS, GLONASS, BDS, Galileo, QZSS, Dual SIM (Nano-SIM, dual stand-by)<br><br>***Literal Infringement***: When there is a direct correspondence between the words in the patent claims and the infringing product or device or technology.<br><br>***Contributory infringement***: This CPU element, provided by Qualcomm, is a material component of the allegedly infringing Qualcomm Smartphone | at least one radio-frequency near-field communication (NFC) connection in communication with the at least one CPU… | X | X |

| | | | |
|---|---|---|---|
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies<br><br>This *"doctrine of equivalent"* element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claim.<br><br>*Contributory infringement*: This CPU element, provided by Qualcomm, is a material component of the allegedly infringing Qualcomm Smartphone<br><br>*Induced infringement*: requires not 'only knowledge of the patent' but also 'proof the defendant knew the [induced] acts were infringing.'" *DSU Med. Corp. v. JMS Co.*, 471 F.3d 1293, 1305 (Fed. Cir. 2006) | at least one of a transmitter or a transceiver in communication with the at least one CPU configured to send signals to monitor at least one of a door, a vehicle, or a building, send signals to lock or unlock doors, send signals to control components of a vehicle, send signals to control components of a building, or... detect at least one of a chemical biological... agent such that the communication device is capable of communicating, monitoring, detecting, and controlling. | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | a transmitter for transmitting signals and messages to at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device;<br><br>a receiver for receiving signals, data or messages from at least one of plurality product groups based on the categories of a multi-sensor detection device, a maritime cargo container, a cell phone detection device, or a locking device; |
| Google Nest × Yale Lock is connected to the Nest app; you can lock or unlock your door from your phone.<br><br>*Android Team Awareness Kit*, ATAK (built on the Android operating system) provides a single interface for viewing and controlling different CBRN-sensing technologies<br><br>This *"doctrine of equivalent"* element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claim.<br><br>*Contributory infringement*: This CPU element, provided by Qualcomm, is a material component of the allegedly infringing Qualcomm Smartphone | X | X | whereupon the communication device, is interconnected to a product equipped to receive signals from or send signals to lock or unlock doors, activate or deactivate security systems, activate or deactivate multi-sensor detection systems, or to activate or deactivate cell phone detection systems |

| | | | |
|---|---|---|---|
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins.<br><br>This "***doctrine of equivalent***" element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claim.<br><br>***Contributory infringement***: This CPU element, provided by Qualcomm, is a material component of the allegedly infringing Qualcomm Smartphone | X | a transmitter for transmitting signals and messages to a cell phone detection device; a receiver for receiving signals from the cell phone detection device; | wherein at least one satellite connection, Bluetooth connection, WiFi connection, internet connection, radio frequency (RF) connection, cellular connection, broadband connection… short range radio frequency (RF) connection is capable of signal communication with the transmitter and the receiver of the communication device and transceivers of the products; |
| *Android Team Awareness Kit*, ATAK (built on the Android operating system) is a digital application available to warfighters throughout the DoD. ATAK offers warfighters geospatial mapping for situational awareness during combat — on an end-user device such as a smartphone or a tablet. With DTRA's contribution, ATAK now includes chemical, biological, radiological, and nuclear (CBRN) plug-ins.<br><br>This "***doctrine of equivalent***" element performs substantially the same function; in substantially the same way; and, produces substantially the same result, as the element as expressed in the claim.<br><br>***Contributory infringement***: This CPU element, provided by Qualcomm, is a material component of the allegedly infringing Qualcomm Smartphone | X | whereupon a signal sent to the receiver of the cell phone detection device from at least one of the chemical sensor, the biological sensor, the explosive sensor, the human sensor, the contraband sensor, or the radiological sensor, causes a signal that includes at least one of location data or sensor data to be sent to the cell phone. | X |

Sincerely,

Date: _August 21, 2023_

_Larry Golden_

Larry Golden, *Pro Se* Plaintiff

740 Woodruff Rd., #1102

Greenville, SC 29607

(H) 864-288-5605

(M) 864-992-7104

Email: atpg-tech@charter.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 21st day of August, 2023, a true and correct copy of the foregoing "Plaintiff-Appellant's Appendix", was served upon the following Defendant by priority "express" mail:

Hyun Sik Byun

COVINGTON & BURLING LLP

3000 El Camino Real, 10th Floor

5 Palo Alto Square

Palo Alto, CA 94306

Phone: (650) 632-4707

Email: hbyun@cov.com

Larry Golden, Pro Se

740 Woodruff Rd., #1102

Greenville, South Carolina 29607

atpg-tech@charter.net

864-288-5605

94

■ Guaranteed delivery date.*

■ Guaranteed delivery time.*

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)    PHONE ( 864 ) 288-5605

LARRY GOLDEN
940 WOODRUFF RD.
#1102
GREENVILLE, SC 29607

EL624210504US

ce (restrictions apply)**

**UNITED STATES POSTAL SERVICE** ®

**PRIORITY ★ MAIL ★ EXPRESS™**

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
   *Refer to USPS.com® or local Post Office™ for availability.*

**TO:** (PLEASE PRINT)    PHONE ( ) 202-275-8000

U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
CASE No: 23-2120
717 MADISON PLACE, N.W.
WASHINGTON, D.C

ZIP + 4® (U.S. ADDRESSES ONLY)
2 0 4 3 9 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☑ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code: 9606

Scheduled Delivery Date (MM/DD/YY): 082323

Postage: $ 95 —

Date Accepted (MM/DD/YY): 082223

Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON 6 PM

Insurance Fee: $

COD Fee: $

Time Accepted: 1002 ☐ AM ☐ PM

10:30 AM Delivery Fee: $

Return Receipt Fee: $

Live Animal Transportation Fee: $

Special Handling/Fragile: $

Sunday/Holiday Premium Fee: $

Total Postage & Fees: 45.00 $

Weight: 2 lbs. 4 ozs. ☐ Flat Rate

Acceptance Employee Initials: MM

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature

Delivery Attempt (MM/DD/YY) | Time | ☐ AM ☐ PM | Employee Signature

LABEL 11-B, OCTOBER 2016    PSN 7690-02-000-9996    **3-ADDRESSEE COPY**