

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

September 25, 2023

2023-2120 - Golden v. Samsung Electronics America, Inc.

# NOTICE OF NON-COMPLIANCE

The document (Appendix) submitted by Samsung Electronics America, Inc. is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- A single appendix volume may not exceed 400 printed pages (equating to 800 electronic pages if the paper copies are printed double-sided). Fed. Cir. R. 30(a)(4). Refer to the Practice Notes to Rule 30 (Appendix Volumes).

    *[Clerk's Note: Volume II exceeds 800 electronic pages.]*

* * *

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An

appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

/s/ Jarrett B. Perlow

Jarrett B. Perlow
Clerk of Court

By: K. Heidrick, Deputy Clerk