NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LARRY GOLDEN,**
*Plaintiff-Appellant*

**v.**

**SAMSUNG ELECTRONICS AMERICA, INC.,**
*Defendant-Appellee*

---

2023-2120

---

Appeal from the United States District Court for the Northern District of California in No. 3:23-cv-00048-WHO, Judge William H. Orrick, III.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Larry Golden submits a 15-page informal reply brief with a 14-page "supplemental appendix" consisting of his additional arguments on the merits. ECF No. 12. Mr. Golden also moves for the court to take judicial notice of two documents filed in a different district court case, ECF No. 14, with 16 pages of argument directed to those

documents, though his reply brief does not appear to address the documents.

Judicial notice of court records is proper when they are from sources whose accuracy cannot reasonably be questioned. *See* Fed. R. Evid. 201(b); *Genentech, Inc. v. U.S. Int'l Trade Comm'n*, 122 F.3d 1409, 1417 n.7 (Fed. Cir. 1997). The court may take judicial notice of the fact that the documents attached to Golden's motion were filed with, or entered by, a court. The relevance of such material, if any, will be left to the merits panel.

As to Mr. Golden's submitted reply brief, "[a]n informal reply brief must not exceed fifteen (15) pages of typewritten double-spaced text or its equivalent." Fed. Cir. R. 32(c). Mr. Golden's submissions collectively far exceed the allowable limit, and he has not shown sufficient basis for leave to file an expanded reply brief.

Accordingly,

IT IS ORDERED THAT:

(1) ECF No. 12 is not accepted for filing. Mr. Golden may file a corrected informal reply brief, not to exceed 15 pages of argument, no later than 14 days from the date of entry of this order.

(2) ECF No. 14 is granted only to the extent that Mr. Golden may include ECF No. 14 pages 20 through 75 and pages 77 through 83 in a supplemental appendix to his corrected informal reply brief. No additional argumentation or other documents are permitted to be included in

that supplemental appendix.

FOR THE COURT

October 31, 2023
Date

Jarrett B. Perlow
Clerk of Court