NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LARRY GOLDEN,**
*Plaintiff-Appellant*

**v.**

**SAMSUNG ELECTRONICS AMERICA, INC.,**
*Defendant-Appellee*

---

2023-2120

---

Appeal from the United States District Court for the Northern District of California in No. 3:23-cv-00048-WHO, Judge William H. Orrick, III.

---

**O R D E R**

Upon consideration of ECF No. 18 and this court's October 31, 2023, order (ECF No. 16) granting Larry Golden's motion for judicial notice only to the extent that certain documents attached to that motion could be included in a supplemental appendix to his reply brief,

IT IS ORDERED THAT:

(1) Pursuant to the court's October 31, 2023, order, pages 4 through 66 of ECF No. 18 are accepted as Mr. Golden's supplemental appendix to his informal reply brief.

(2) The Clerk of Court shall transmit a copy of this order to the merits panel assigned to this appeal.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

November 20, 2023
Date