# United States Court of Appeals for the Federal Circuit

---

**LARRY GOLDEN,**

*Plaintiff-Appellant*

v.

**SAMSUNG ELECTRONICS AMERICA, INC.,**

*Defendant-Appellee*

---

2023-2120

---

Appeal from the United States District Court for the Northern District of California in No. 3:23-cv-00048-WHO, Judge William H. Orrick, III.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

February 12, 2024
Date

Jarrett B. Perlow
Clerk of Court