# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

March 12, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Federal
Circuit
717 Madison Place, NW
Room 401
Washington, DC 20439

      Re:  Larry Golden
            v. Samsung Electronics America, Inc.
           No. 23-1001
           (Your No. 2023-2120)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on March 8, 2024 and placed on the docket March 12, 2024 as No. 23-1001.

                                        Sincerely,

                                        **Scott S. Harris**, Clerk

                                        by

                                        Angela Jimenez
                                        Case Analyst