# United States Court of Appeals for the Federal Circuit

---

**LARRY GOLDEN,**

*Plaintiff-Appellant*

v.

**SAMSUNG ELECTRONICS AMERICA, INC.,**

*Defendant-Appellee*

---

2023-2120

---

Appeal from the United States District Court for the Northern District of California in No. 3:23-cv-00048-WHO, Judge William H. Orrick, III.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered February 12, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

March 20, 2024
Date

Jarrett B. Perlow
Clerk of Court