# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

April 22, 2024

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Federal
Circuit
717 Madison Place, NW
Room 401
Washington, DC  20439

Re: Larry Golden
v. Samsung Electronics America, Inc.
No. 23-1001
(Your No. 2023-2120)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk